















SMV    11/28/05    14:09

3:05-CV-02173   CAMPBELL V. XRZ CORPORATION

*1*

*CMP.*

1  YOUR NAME
   YOUR ADDRESS
2  YOUR TELEPHONE NUMBER

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA
                          (Must start on line 8 or below)

10

11  Darnell M. Campbell )          '05 CV 2173 L        JMA
12  3754 5th Avenue #106 )
    San Diego, CA 92103  )
13           -v-          )        Case No. _____
14  XRZ Corp.            )                  (To be assigned at time of filing)
    3955 4th Avenue      )
15  San Diego, CA 92103  )
                                   COMPLAINT FOR (Brief description of document)
16

17

    Plaintiff alleges:
18
        I believe that I have been discriminated
19      against because of my race. (Black)
20

21

22

23

24

25

26

27

28
    ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

FILED

NOV 23 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
BY _____

Darnell Marquis Campbell                                    November 2, 2004

# Complaint Cover Sheet

To the United States District Court,
Southern District of California
Office of the Clerk

On August 2, 2004 I, Darnell M. Campbell
began working for XRZ Corp. as an attendant.
From the first date of employment I had
noticed that I was not informed or
given the opportunity to enroll in the
Companies Insurance Program / Plan.
My roommate who also is employed
there at XRZ Corp. had mentioned something
about his insurance plan prior to me
working there. Also, he reiterated that
XRZ Corp. pays for its employees insurance
(health) a couple days before I quit.

On September 16, 2004 I applied for direct
deposit by calling the Companies
accountant at "Paychex" and Wendy,
the accountant at the time forwarded
me an application via facsimile. I filled
it out and followed the directions as
stated. No direct deposit was granted,
so I followed-up with the owner Darl E.
Edwards. He told me that XRZ Corp. does
not offer direct deposit, so then why was
I able to apply with the accountant and
the business is at least five + years old.

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

□ 1001 Tower Way, Suite 250
Bakersfield, CA 93309
**H** (661) 395-2729

□ 1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
**C** (559) 244-4760

□ 611 West Sixth Street, Suite 1500
Los Angeles, CA 90017
**B** (213) 439-6799

□ 1515 Clay Street, Suite 701
Oakland, CA 94612
**M** (510) 622-2941

□ 2000 "O" Street, Suite 120
Sacramento, CA 95814
**E** (916) 445-5523

□ 1350 Front Street, Suite 3005
San Diego, CA 92101
**D** (619) 645-2681

□ 121 Spear Street, Suite 430
San Francisco, CA 94105
**A** (415) 904-2303

□ 111 North Market Street, Suite 810
San Jose, CA 95113
**G** (408) 277-1277

□ 2101 East Fourth Street, Suite 255-B
Santa Ana, CA 92705
**K** (714) 558-4266

Mr Darl Edwards
Owner
XRZ CORPORATION
3955 4th Avenue
San Diego, CA 92103

**EEOC Number:** 345-2005-00674

Darnell Campbell v. XRZ Corporation

**Date:** March 25, 2005

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

WANDA J. KIRBY
Deputy Director
Enforcement Division

Nov-02-2005  08:54am   From-++++                          1-619-557-7274       T-023  P.001/001  F-316

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### AGREEMENT OF NONDISCLOSURE

Pursuant to Section 705g(1) of Title VII, the EEOC shall have power to cooperate with private individuals in order to accomplish the purposes of Title VII. This same authority also applies to actions under the Americans with Disabilities Act.

### PERSON REQUESTING DISCLOSURE

| X | CHARGING PARTY | | RESPONDENT | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | AGGRIEVED PERSON IN COMMISSIONER CHARGE | | NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|---|---|---|

ATTORNEY REPRESENTING

| ☐ C | ☐ RESPONDENT | ☐ AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | ☐ AGGRIEVED PERSON IN COMMISSIONER CHARGE | ☐ NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|

### CHARGE NUMBER(S) OF FILE(S) TO BE DISCLOSED

345-2005-00674

### STATEMENT

I   Darnell Campbell                          , request disclosure of Commission case file(s) in

*(Typed name)*

connection with contemplated or pending litigation. I agree that the information disclosed to me will not be

made public or used except in the normal course of a civil action or other proceeding instituted under Title VII

or the Americans with Disabilities Act involving such information.

In witness whereof, this agreement is entered into as of the   _02_   day of   _11_   19 _2005_

by the Equal Employment Opportunity Commission representative named below and the person requesting

disclosure.

*Mr. Darnell M Campbell (619) 338-4224*
_____
*Person requesting disclosure (Signature and telephone number/area code)*

*3754 5th Avenue #104 San Diego, CA 92103*
_____
*Complete address*

_____
*EEOC representative (Signature and title)*

EEOC FORM 167 (Test 10/94)

EEOC Form 161 (10/96)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Mr. Darnell M. Campbell                     From: Equal Employment Opportunity Commission
    3754 5ᵗʰ Avenue, Apt. 106                          401 'B' Street, Suite 1550
    San Diego, CA 92103                                San Diego, CA 92101

[ ]   *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 345-2005-00674 | Legal Officer of the Day | (213) 894-1000 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*  · _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice;** otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**  ·

On behalf of the Commission


_____          10-06-05
Bettie Isiaka, Acting Area Director            _____

Enclosure(s)                                                   *(Date Mailed)*


cc:   Michael L. Crowley, Attorney for Respondent

# AGREEMENT TO MEDIATE

Charge Number: _____

Charging Party _____     Respondent _____


This is an agreement by the parties to participate in a mediation involving _____
and _____ In the above referenced charge. The parties understand that
mediation is a voluntary process, which may be terminated at any time.

The parties and, if desired, their representatives and/or attorney, are invited to attend a mediation session.
No one else may attend without the permission of the parties and the consent of the mediator(s).

The mediator(s) will not function as the representative of their party. However, the mediator(s) may
assist the parties in crafting a settlement agreement. Each party acknowledges being advised to seek
independent legal review prior to signing any settlement agreement.

The parties acknowledge that they have received a copy of the Mediation Fact Sheet.

The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any
time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation.

The parties recognize that mediation is a confidential process and agree to abide by the terms of the
attached Confidentiality Agreement.

The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned
mediator(s) is required to report to EEOC any benefits received. This information is reported only for
purposes of providing aggregate data to the EEOC for Mediation program evaluation purposes, and the
individual terms of the agreement will not be disclosed to the public.


X _____                          _____
CHARGING PARTY                                   RESPONDENT

X _3/16/05_____                          _____
DATE                                             DATE


_____                            _____
CHARGING PARTY REPRESENTATIVE                     RESPONDENT REPRESENTATIVE


_____                            _____
DATE                                             DATE

Agreement to Mediate

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES     NCY

ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐ 1001 Tower Way, Suite 250
Bakersfield, CA 93309
**H** (661) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
**C** (559) 244-4760

☐ 611 West Sixth Street, Suite 1500
Los Angeles, CA 90017
**B** (213) 439-6799

☐ 1515 Clay Street, Suite 701
Oakland, CA 94612
**M** (510) 622-2941

☐ 2000 "O" Street, Suite 120
Sacramento, CA 95814
**E** (916) 445-5523

☐ 1350 Front Street, Suite 3005
San Diego, CA 92101
**D** (619) 645-2681

☐ 121 Spear Street, Suite 430
San Francisco, CA 94105
**A** (415) 904-2303

☐ 111 North Market Street, Suite 810
San Jose, CA 95113
**G** (408) 277-1277

☐ 2101 East Fourth Street, Suite 255-B
Santa Ana, CA 92705
**K** (714) 558-4266

Mr Darl Edwards
Owner
XRZ CORPORATION
3955 4th Avenue
San Diego, CA 92103

**EEOC Number:** 345-2005-00674

Darnell Campbell v. XRZ Corporation

**Date:** March 25, 2005

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember:  This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

WANDA J. KIRBY
Deputy Director

595·65·00674

**EEOC USE ONLY**
**1 and 2**

1. Date of Telephone Contact_____ Date of Letter Contact_____
   PCP Packet Sent By_____

2. Name of Intake Officer_____

## INTAKE QUESTIONNAIRE

Name _Darrell_    _M_    _Campbell_   Date: _March 16, 2005_
     (First)       (Middle Initial)    (Last)

Date of birth _March 29, 1980_  Social Security Number _570·61·5278_

Address _3754 6th Avenue #106_

E-mail address _CAMDADE@ AOL . Com_

City _San Diego_    State _CA·_  Zip Code _92103_  County _San Diego_

Telephone No. Home _(619) 293·7078_  Work _(619) 295·0860_ Cell/Pager _(619)309·5750_
                   RM 106

I prefer to be contacted at home/work: Days _M-F_    Time _8am - 5pm_

Your Sex: (✓) Male   (  ) Female
Your Race: (✓)Black, (  )White, (  )Asian/Pacific, (  )American Indian, (  )Alaskan Native
Your National Origin: (  ) Mexican, (  )Hispanic, (  )Non-Hispanic, (  )East Indian, (  ) Other_____
Your Disability (if applicable)_____

*Please provide the name of a person at a different address whom we can contact if we are unable to reach you.*
Name _Patricia Rhaney_    Relationship _Mother_    Telephone #_(760) 294·6017_

I believe I was discriminated against by (check those that apply):

(✓) Employer, (  ) Union (local No._____), (  ) Employment Agency, (✓) Other _Asst. Manager_

Name _XRZ Corp_                        Name_____

Address _3955 4th Avenue_             Address_____

City, State, Zip _San Diego, CA., 92103_  City, State, Zip_____

County _San Diego_    Tel#_(619) 295·0850_County_____ Tel#_____

Approx. number of employees _15_     Approx. number of employees_____

Type of business _Steam 'N' Spa_     Type of business_____

## INTAKE QUESTIONNAIRE (CONTINUED)

**For those actions that you wish to include in the charge:**

1. The Date (month, day, year) of the earliest discrimination is: __8|2|2004__

   The Date (month, day, year) of the latest discrimination is: __1|3|2005__ *Quit*

2. Identify by name and job title, the individual(s) you believe discriminate against you (if known):
   __James Crespin - Asst. Manager / ~~District Manager / Owner~~__

3. You believe that the cause of the action(s) taken against you was based upon:

   (✓) Race, ( ) Color, ( ) National Origin, ( ) Religion, ( ) Age (over 40), ( ) Sex,  —
   ( ) Retaliation, ( ) Disability, ( ) Other _____

4. I believe I was discriminated against by being (Check only those that apply):

   | TERMINATED | REFUSED | TREATED DIFFERENTLY |
   |---|---|---|
   | ( ) Fired | ( ) Employment | ( ) Harassed |
   | ( ) Laid Off | ( ) Promotion | (✓) Unequal Pay |
   | ( ) Forced to Quit/Retire | ( ) Transfer | ( ) Demoted |
   | ( ) Resigned | ( ) Reinstatement | ( ) Maternity Leave |
   | | ( ) Recall | (✓) Discipline |
   | | ( ) Maternity Benefits | (✓) Accommodation |

   ( ) Other _____

5. What reason(s) were given by the employer for the actions taken against you:

   ① Because I did not show-up to work on 1|2|05. ② Denial of Direct Deposit ③ Non-Info of health insurance ④ Starting wage ⑤ Shortage of hours/overtime

6. State the specific reason(s) you believe the actions taken against you was the result of discrimination:

   ① I had went unto work 30 minutes prior to my shift starting, then informing an employee I was not working that night (1|2|05). (2-5) None of my requests and/or ~~pay shortages~~ were ever acted upon

7. Do you know of any other reason which may have led to the action(s) taken against you:

   I don't.

**INTAKE QUESTIONNAIRE** (CONTINUED)

8. Indicate any direct evidence (statements or documents) which would help prove what you are saying:

① Suspended for 3 day (lead me to quit). Fax documents of Direct Deposit from Paychex accountant, paystubs.

9. List the name(s), job title, race, sex, etc. of those persons who were treated the same, more favorable, or less favorably than you were:

Osbaldo Ahumeda, Cashier, Hispanic - favored more
Jose Luis, attendant, Hispanic - favored more
James Crespin, Asst. Manager, Hispanic - Did the favoring

10. State the name(s), address, telephone number, and a description of the information that can be provided by any witness(es) you think can provide evidence in support of your charge:

| Name & Address | Telephone number | Description of information they can provide |
|---|---|---|
| a. Robert Nadeau Jr. 3754 5th Avenue S.D. 92103-4224 | (619)309-5750 | Suspension/Shortage of hours/disrespe in phone message |
| b. Steve Cardoza 3255 4th Avenue S.D. 92103 | (619)295-0850 | Shortage in hours/talked about employ |
| c. Micheal Klauza 3155 4th Avenue S.D. 92103 | (619)295-0850 | Shortage in hours |
| d. | | |

Have you filed a charge with the Department of Fair Employment and Housing?? __No__

Are you interested in participating in EEOC's Mediation program? __Yes__

## INTAKE QUESTIONNAIRE (CONTINUED)

11. Employment Data: (complete as many items as you can)

Date Hired: __8/2/04__   Job Title/Salary: __Attendant $7.25/hr__

Job Title/Salary at time of discrimination __Attendant $7.25/hr__

Name and title of immediate supervisor __Robert Mulzet (white)__

Is there a union?: ( ) Yes (✓) No   If yes, name the union, give its address and local number:

_____

Have you filed a union grievance? ( ) Yes (✓) No   If yes, what happened?_____

_____

Name and title of your representative: __Shawn McMillan A.P.C__
Have you attempted to resolve your problem by discussing the matter with someone in management:

(✓) Yes ( ) No   If yes, give name, title, and date: __Robert Mulzet, Manager, 1/3/05__
If yes, give the name and title of the person and state what happened.

__Darl Edwards, Owner, 1/6/05 - "Talk to Bob M." brushed off__

_____

If terminated, have you applied for unemployment insurance? ( ) Yes ( ) No
Were you awarded it? ( ) Yes ( ) No   If yes, when?_____

If no, why not?_____

12. Refusal data (if applicable): (If refused a job, a promotion, a transfer, a salary increase; complete as many as you can.)

Title of job sought:_____Salary: $_____

How did you know about the Job/Salary?_____

Did you apply by written application or verbally?_____

To whom did you submit the application?_____

How did you find out you had been refused?_____

Who got the job, promotion, salary, etc. (if known)_____

I swear or affirm that the information provided is true and correct to the best of my knowledge.

Signature: __Darnell W. Campbell__   Date: __March 16, 2005__

## PRIVACY ACT STATEMENT

This for is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting the personal data and the uses thereof are given below.

1. FORM NUMBER/TITLE/DATE: EEOC Form 283, Intake Questionnaire, August 1987.

2. AUTHORITY: 42 U.S.C. 2000e-5(b), 29 U.S.C. Section 211, 29 U.S.C. Section 626.

3. PRINCIPAL PURPOSES: The purpose of this questionnaire is to solicit information to enable the Commission to avoid the intake of matters not within its jurisdiction.

4. ROUTINE USES: Information provided on this form will be used by the Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over potential charges, complaints or allegations of employment discrimination and to provide such pre-charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, Local and Federal agencies as may be appropriate or necessary to carrying out the Commission's functions. This would include employment practices law. Information may also be disclosed to charging parties in consideration of or in connection with litigation.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

ADDITIONAL COMMENTS (Continue on back of this page, if necessary):

Well 2 hispanics did not show to work on 1/1/05 as they were scheduled to work. They called @ about 3:30 pm and stated they were @ a border checkpoint, and they would be to work A.S.A.P.. Needless to say they did not show. I worked alone. On 1/2/05, I went to work @ about 3:30pm and started to feel tired and exhausted from the night before, so I decided to let Micheal LaRose know I was not working before I left. On 1/3/05 I was placed on a 3-day suspension, but the other 2 guys were not, and no disciplinary action was executed upon the 2 Hispanic guys. So I quit.

# Confirmation Report — Memory Send

```
Page        : 001
Date & Time: Sep-20-2005  10:19am
Line 1      : 1-619-557-7274
Line 2      :
Machine ID  : ****
```

| | | |
|---|---|---|
| Job number | : | 497 |
| Date | : | Sep-20 10:18am |
| To | : | ☎94448811 |
| Number of pages | : | 002 |
| Start time | : | Sep-20 10:18am |
| End time | : | Sep-20 10:19am |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 497 | **\*\*\* SEND SUCCESSFUL \*\*\*** |

---



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Diego Area Office

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-7232
FAX (619) 557-7274

## FACSIMILE TRANSMITTAL

TO:      Michael L. Crowley

FAX NO.  444-8811

DATE:    9/20/05

FROM:    Roger Owen

SUBJ:    Darnell Campbell

COMMENTS:

No. of Pages (Including this Sheet): __2__

CONFIDENTIALITY NOTICE:    *The materials enclosed with this facsimile transmission are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the individual(s) and/or entity(ies) named above. IF YOU ARE NOT THE INTENDED RECIPIENT, BE ADVISED THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED BY FEDERAL LAW. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents.*

IF YOU EXPERIENCE ANY PROBLEMS IN RECEIVING THESE PAGES, PLEASE CALL US AS SOON AS POSSIBLE.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-7232
FAX (619) 557-7274

September 20, 2005

Mr. Michael L. Crowley                     Charge Number: 345-2005-00674
110 West 'C' Street, Suite 2100            Charging Party: Darnell Campbell
San Diego, CA 92101

Dear Mr. Crowley:

Provide the home address and telephone number for Mr. William Michael La Rose by fax no later than October 30, 2005.

On Behalf of the Commission:

Roger Owen, Senior Federal Investigator

# *LAW OFFICE OF MICHAEL L. CROWLEY*

110 West "C" Street, Suite 2100, San Diego, California 92101
Facsimile No.:   (619) 444-8811
Telephone No.: (619) 444-8808

---

**FACSIMILE TRANSMISSION COVER SHEET**

DATE: 08/17/05

TO: Roger Owens, Investigator
    U.S. Equal Employment Opportunity Commission

TELEFAX NO: (619) 557-7274

CLIENT/MATTER: Charge No.:         345-2005-00674
               Charging Party:     Darnell M. Campbell
               Respondent:         Darl Edwards, Owner
                                   XRZ, Inc

FROM:  Michael L. Crowley

MESSAGE: Respondent's responses to your requests of July 27, 2005.

**CONFIDENTIALITY NOTE**

The documents accompanying this transmission contain information from the Law Office of Michael L. Crowley which is confidential and privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not he intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this telecopy error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to you.

This is page 1 of __25__ pages.  Please deliver this information to the person above-named.  If you have any questions regarding this transmission, please call:

Lisa D. Haigler
Name of Person Transmitting Document

Case 3:05-cv-02173-L-CAB   Document 1   Filed 11/23/05   Page 17 of 109

# MICHAEL L. CROWLEY

ATTORNEY AT LAW

110 WEST "C" STREET, SUITE 2100

SAN DIEGO, CALIFORNIA 92101-3951

Telephone (619) 444-8808    Facsimile (619) 444-8811

August 17, 2005

Roger Owen                              **VIA FACSIMILE ONLY**
Senior Federal Investigator             **(619) 557-7274**
U.S. Equal Employment
   Opportunity Commission
401 "B" Street, Suite 510
San Diego, CA 92101

|     |                  |                      |
| --- | ---------------- | -------------------- |
| Re: | Charge No.:      | 345-2005-00674       |
|     | Charging Party:  | Darnell M. Campbell  |
|     | Respondent:      | Darl Edwards, Owner  |
|     |                  | XRZ, Inc             |

Dear Mr. Owen:

The following are the responses to your inquiries in your letter dated July 27, 2005:

1. *Provide a complete copy of Charging Party's (CP) personnel file.*
   Please see Exhibit A.

2. *Provide proof/supporting documentation to support statement that CP could only enroll in month of April.*
   Please see Exhibit B.

3. *Provide a list of employees from August 1, 2002 through January 31, 2005.*
   Please see Exhibit C.

4. *Provide a list . . . for any employee above that was discharged.*
   Please see Exhibit D.

5. *Provide proof of payment to CP for disputed 8 hours of missing pay.*
   Please see Exhibit E.

If you require any additional information, please let me know.

Very truly yours,

Lisa D. Haigler
Assistant

enclosures

# EXHIBIT A

Untitled
### HOUSE RULES FOR CLUB SAN DIEGO EMPLOYEES

1. NO KEYS ARE TO BE GIVEN OUT TO ANYONE FOR FREE FOR ANY REASON....
(EMPLOYEES INCLUDED)

2. ALL KEYS ARE TO SIGNED OUT BY WHICHEVER ATTENDANT IS TAKING THEM.
NO MORE THAN 2 KEYS AT A TIME

3. AS OF TODAY NO EMPLOYEES WILL BE IN A ROOM UNLESS PAID FOR. NO
EXCEPTIONS EVER UNLESS OK'D BY JAMES OR MYSELF.....

4. YOU WILL CALL IN SICK 2 HOURS IN ADVANCE OF YOUR SCHEDULED WORK
TIME OR YOU WILL SHOW UP FOR WORK. ANYTHING LESS REQUIRES A DOCTORS
EXCUSE TO RETURN TO WORK....

5. THE BACK DOOR ALARM WILL NEVER BE TURNED OFF, EXCEPT FOR THE
MORNING SHIFT TO TAKE THE TRASH OUT. THE DOOR WILL NOT BE REOPENED
AGAIN UNTILL THE NEXT MORNING. ALL SHIFTS WILL CHECK THE ALARM AT THE
START OF THEIR SHIFT AND AT THE END OF THEIR SHIFT.....

6. EMPLOYEES WILL NEVER EVER BE IN A CUSTOMERS ROOM FOR ANY REASON
WHILE THE CUSTOMER IS STILL PAYING FOR THE ROOM.

7. SHOULD A CUSTOMER ASK YOU WHERE HE CAN GET DRUGS OR IF YOU CAN
HOOK HIM UP., YOU MUST ESCORT HIM TO HIS ROOM OR LOCKER, TELL THE FRONT
DESK CLERK THE SITUATION, AND HE WILL BE PERMANENTLY 86'D. IF WE FIND
OUT YOU DID NOT THROW THE CUSTOMER OUT YOU WILL BE TERMINATED ON
THE SPOT, NO QUESTIONS ASKED.....

8. WE DO NOT SAVE ROOMS FOR ANYONE ANYMORE. THIS IS A FIRST COME FIRST
SERVE ESTABLISHMENT AND IT WILL RETURN TO THAT AS OF TODAY. NO
EXCEPTIONS UNLESS DARL SAYS SO OTHERWISE.....

9. NO CUSTOMERS ARE TO BE IN THE LAUNDRY ROOM VISITING EMPLOYEES,,
EVER..... THINGS HAVE BEEN STOLEN FROM THERE.

10. ALL ROOMS ARE TO BE STRIPPED, THE MATTRESS LIFTED UP AGAINST THE
WALL, WALLS WIPED DOWN DOORKNOBS AND LIGHT SWITCHES ALSO AND
MOPPED EVERY TIME. MANAGEMENT WILL MAKE PERIODIC CHECKS OF ROOMS TO
MAKE SURE THIS IS DONE. ANY ROOM FOUND NOT CLEANED CORRECTLY WILL BE
SUSPENDED FOR 3 DAYS.

Untitled

11.  FILL OUT THE JACUZZI LOG EVERY DAY... ANY EMPLOYEE NOT FILLING IT OUT
WILL BE SUSPENDED FOR 3 DAYS....

12. FILL OUT THE CLEANING LIST SHEET SO THE NEXT SHIFT WILL KNOW WHAT
YOU DID AND WHAT YOU DIDNT HAVE TIME TO DO..... THIS WILL BE CHECKED
PERIODICALLY BY MANAGEMENT....

13. THE STEAM ROOM IS CLEANED AT 1:00 PM, 9:00 PM AND 5:00 AM. DO IT AT THESE
TIMES UNLESS THE SITUATION WARRENTS OTHERWISE. EMPLOYEES FOUND NOT
CLEANING THE STEAM ROOM WILL BE SUSPENDED FOR 3 DAYS....

14. NO EMPLOYEES MANAGEMENT INCLUDED WILL EXIT OUT THE FRONT
EMERGENCY EXIT DOOR EVER. ONLY TO BRING IN SUPPLIES WILL IT BE USED..

15. NO EMPLOYEES CAN SWITCH SHIFTS WITHOUT MANAGER APPROVAL.. EVER....
CALL JAMES OR MYSELF....

16. EMPLOYEES CANNOT LEAVE EARLY WITHOUT EXPRESS PERMISSION FOR JAMES
OR MYSELF


CASHIERS..........


1.  NO ONE WILL USE YOUR REGISTER UNLESS YOU GIVE THEM PERMISSION.... ITS
YOUR DRAWER AND YOUR RESPONSIBLE FOR IT, SO ITS UP TO YOU.....

2.  NO ONE WILL CHECK IN WITHOUT A PICTURE ID. ITS THE LAW.... SOME STATES
DONT HAVE A PICTURE ON THEIR DRIVERS LISCENSE SO THEY STILL NEED A
PICTURE OF SOME SORT TO PROTECT US AND THEM FROM THEFT.

3.  MAKE SURE ALL TICKETS ARE PLACED IN THE RIGHT PLACE ON THE BOARD.
REMOVE OLD TICKETS BEFORE PUTTING A NEW TICKET UP. IF YOU HAVE TROUBLE
KEEPING UP WITH THE TICKETS, THEM TELL THE CUSTOMERS TO WAIT FOR A FEW
SECONDS UNTILL YOU ARE CAUGHT UP...

4.  REGARDING INCOMING BAGS..:.. ALL BAGS WILL EITHER BE SEARCHED, STORED
BEHIND THE DESK, OR RETURNED TO THEIR CAR IF THEY HAVE ONE. IF YOU HAVE
TIME AND FEEL LIKE SEARCHING THE BAG, THEN THEY CAN TAKE IT IN. IF YOU
DONT HAVE THE TIME TO SEARCH EVERY BAG, YOU CAN STOW IT BEHIND THE

Untitled

DESK AND THEY WILL HAVE NO ACCESS TO IT UNTILL THEY LEAVE. I AM LEAVING IT UP TO THE CASHIERS DISCRETION AS TO WHICH WAY HE WANTS TO RUN HIS DESK.....

5. NO OPEN CONTAINERS OF ANY KIND... PERIOD ... END OF SENTENCE.....


   THIS IS A FUN PLACE TO WORK AND WE WANT TO KEEP IT THIS WAY. THERES NO REASON WE CANT ABIDE BY THESE RULES AND STILL HAVE FUN...............................................

            MANAGEMENT

PRINTED NAME  _Darnell Campbell_        DATE 10/04/04

SIGNED NAME   _Darnell Campbell_

# APPLICATION FOR EMPLOYMENT

©2001 REDIFORM® 8G285

## PERSONAL INFORMATION:

NAME (LAST, FIRST, MIDDLE): Campbell  Darnell    DATE: 8/13/04

PRESENT ADDRESS (STREET, CITY, STATE, ZIP): P.O. Box 34094

PERMANENT ADDRESS (STREET, CITY, STATE, ZIP):

PHONE NUMBER: (619) 243-9394    SOC. SEC. #: 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

STATE NAME AND RELATIONSHIP OF ANY RELATIVES IN OUR EMPLOY:    REFERRED BY: Self

## EMPLOYMENT DESIRED:

POSITION: Attendant

DATE YOU CAN START: 8/13/04    SALARY DESIRED: $5.00/hr

ARE YOU EMPLOYED NOW? NO    MAY WE CONTACT YOUR EMPLOYER?

HAVE YOU EVER APPLIED TO THIS COMPANY BEFORE? No    WHEN?

WHERE?

## EDUCATION:

| SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | MAJOR SUBJECTS | GPA |
|---|---|---|---|---|---|
| GRAMMAR SCHOOL | San Marcos Elementary San Marcos, Ca. | X | | General | 1 |
| HIGH SCHOOL | San Marcos High School San Marcos, Ca | X | | General | 3.8 |
| COLLEGE/ UNIVERSITY | San Diego State Univ San Diego, Ca | | X | Biological Science | 3.0 |
| OTHER (SPECIFY) | | | | | |

## OTHER INFORMATION:

SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK:

SPECIAL TRAINING:

ACTIVITIES (CIVIC, ATHLETIC, ETC.)

EXCLUDE ORGANIZATIONS, THE NAME OR CHARACTER OF WHICH INDICATES THE RACE, CREED, SEX, MARITAL STATUS, AGE, COLOR, OR NATIONAL ORIGIN OF ITS MEMBERS.

(CONTINUED ON OTHER SIDE)

# APPLICATION FOR EMPLOYMENT

©2001 _____ ____

**FORMER EMPLOYERS:** LIST THE LAST FOUR EMPLOYERS, STARTING WITH PRESENT OR MOST RECENT.

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM: 4/96 TO: 7/97 | Old Spaghetti Factory 111 N. Twin Oaks Vly Rd | $7.20 PER: hr | Host/ Maintainence | Scheduling Problems |
| FROM: 11/99 TO: 8/01 | Rockin' Baja Lobster 1170 San Marcos Blvd. | $7.25 PER: hr | Busser Server | Transportation |
| FROM: TO: | | $ PER: | | |
| FROM: TO: | | $ PER: | | |

**REFERENCES:** GIVE THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| | NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|---|
| 1. | Jolene Thrasher | Moreno Valley, Ca | Waitress | 5 |
| 2. | Jessica Amalos | San Marcos, Ca | Banker | 12 |
| 3. | Lona Jones | San Marcos, Ca | Post Office | 2 |

IN CASE OF EMERGENCY, NOTIFY: Michelle Rhaney

ADDRESS: 1214 S. Escondido Blvd. #12   PHONE: (760) 855-0621

AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED IN THIS APPLICATION. I UNDERSTAND THAT MISREPRESENTATION OR OMISSIO
IS FACTS CALLED FOR IS CAUSE FOR DISMISSAL. FURTHER, I UNDERSTAND AND AGREE THAT MY EMPLOYMENT IS FOR NO DEFINITE PERIOD AN
MAY, AT THE DISCRETION OF THE EMPLOYER, BE TERMINATED AT ANY TIME WITHOUT ANY PREVIOUS NOTICE.

SIGNED: _____   DATE: Aug 13, 2004

---

## APPLICANT - DO NOT WRITE BELOW THIS LINE

| INTERVIEWED BY: | | DATE: |
|---|---|---|
| REMARKS: | | |

NEATNESS:

ABILITY:

| HIRED: | DEPT: | POSITION: |
|---|---|---|
| START DATE: | SALARY: | |

APPROVALS:

| 1. EMPLOYMENT MANAGER | 2. EMPLOYMENT HEAD | 3. GENERAL MANAGER |
|---|---|---|

REVISED (3/93)

AUG-17-2005 WED 12:02 PM     LAW OFFICE M. CROWLEY        FAX No. 619 444 8811        P. 009

Aug 09 05 02:55p      anta  o morton            619-296  530              p.7

**U.S. Department of Justice**                           OMB No. 1115-0136
Immigration and Naturalization Service                   **Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Campbell | Darnell | M | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| P.O. Box 34094 | | 03/29/80 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| San Diego | CA | 92163 | 570615278 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
[X] A citizen or national of the United States
[ ] A Lawful Permanent Resident (Alien # A _____)
[ ] An alien authorized to work until ___/___/___
(Alien # or Admission # _____)

| Employee's Signature | Date (month/day/year) |
|---|---|
| Darnell Campbell | |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

|  | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | | | | |
| Issuing authority: | | | | | |
| Document #: | | | | | |
| Expiration Date (if any): | ___/___/___ | | ___/___/___ | | ___/___/___ |
| Document #: | | | | | |
| Expiration Date (if any): | ___/___/___ | | SEE ATTACHED COPIES | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | | |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| | | |

**Section 3. Updating and Reverification.** To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

32811 PRINTED IN USA

AUG-17-2005 WED 12:03 PM   LAW OFFICE M. CROWLEY      FAX No. 619 444 8811        P. 010

Aug 09 05 02:56p     antc  a morton        619-296  530           p.8

# Form W-4 (1999)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 1999 expires February 16, 2000.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, Is My Withholding Correct for 1999?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding will usually be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

| Personal Allowances Worksheet | | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent | A __ |
| B | Enter "1" if: • You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. | B _1_ |
| C | Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (This may help you avoid having too little tax withheld.) | C __ |
| D | Enter number of dependents (other than your spouse or yourself) you will claim on your tax return | D __ |
| E | Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) | E __ |
| F | Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit | F __ |
| G | Child Tax Credit • If your total income will be between $20,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child. • If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children | G __ |
| H | Add lines A through G and enter total here. Note: This amount may be different from the number of exemptions you claim on your return. ▶ | H _2_ |

For accuracy, complete all worksheets that apply.
• If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
• If you are single, have more than one job, and your combined earnings from all jobs exceed $32,000, OR if you are married and have a working spouse or more than one job, and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
• If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

------- Cut here and give the certificate to your employer. Keep the top part for your records. -------

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010 **1999** |
|---|---|---|

| 1 Type or print your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Darnell  M | Campbell | 570 6 5273 |

Home address (number and street or rural route)  P. O. Box 34094

3 ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code  San Diego, CA 92163

4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

| 5 | Total number of allowances you are claiming (from line H above or from the worksheets on page 2 if they apply) | 5 | 2 |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ 0.00 |

7 I claim exemption from withholding for 1999, and I certify that I meet BOTH of the following conditions for exemption:
• Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
• This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
If you meet both conditions, write "EXEMPT" here ▶ | 7 |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.
Employee's signature (Form is not valid unless you sign it) ▶ Darnell Campbell      Date ▶ 8/16/2004

| 8 Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS) | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|

**Tops** FORM NO. 2245





# EXHIBIT B

Kaiser Permanente    8/4/2005 2:52 PM  PAGE    2/005   Fax Server

## Dues

Your Group is responsible for paying Dues. If you are responsible for any contribution to the Dues, your Group will tell you the amount and how to pay your Group (through payroll deduction, for example).

## Who Is Eligible

To enroll and to continue enrollment, you must meet all of the eligibility requirements described in this "Who Is Eligible" section.

**Group eligibility requirements**

You must meet your Group's eligibility requirements that we have approved. Your Group is required to inform Subscribers of its eligibility requirements, such as the minimum number of hours that employees must work.

**Service Area eligibility requirements**

The Subscriber must live or work in our Service Area at the time he or she enrolls. The "Definitions" section describes our Service Area and how it may change. You cannot enroll or continue enrollment as a Subscriber or Dependent if you live in or move to a Region outside California except as described below. If you move anywhere else outside our Service Area after enrollment, you can continue your membership as long as you meet all other eligibility requirements. However, you must receive covered Services from Plan Providers inside our Service Area, except as described in the following sections about:

- Emergency ambulance Services described under "Ambulance Services" in the "Benefits, Copayments, and Coinsurance" section
- Emergency Care, Post-stabilization Care, and Out-of-Area Urgent Care, in the "Emergency, Urgent, and Routine Care" section
- Getting a referral, in the "How to Obtain Services" section

**Regions outside California.** If you live in or move to the service area of a Region outside California, you are not eligible for membership under this *EOC* (unless one of the exceptions listed below applies to you). Please contact your Group's benefits administrator to learn about your Group health care options. You may be able to enroll in the new service area if there is an agreement between your Group and the Region, but the coverage, dues, and eligibility requirements might not be the same.

*Exceptions* — This restriction does not apply to the following persons:
- A Subscriber who works inside our Service Area
- The Subscriber's or the Subscriber's Spouse's children
- Members who are eligible under this *EOC* because of COBRA, Cal-COBRA, or USERRA coverage (please refer to the "Continuation of Membership" section for information about COBRA, Cal-COBRA, or USERRA coverage)

For the purposes of this eligibility rule, the service areas of the Regions outside California may change on January 1 of each year and are currently the District of Columbia and parts of Colorado, Georgia, Hawaii, Idaho, Maryland, Ohio, Oregon, Virginia, and Washington. For more information, please call our Member Service Call Center.

Note: You may be able to receive certain care if you are visiting a service area in another Region. See "Visiting other Regions" in the "How to Obtain Services" section for information.

**Northern California Region's service area.** If you live in or are moving to our Northern California Region's service area, please contact your Group's benefits administrator to learn about your Group health care options. Your Group may have an arrangement with us that permits membership in the Northern California Region, but the coverage, dues, and eligibility requirements might not be the same as under this *EOC*.

**Additional eligibility requirements**

You may be eligible to enroll as a Subscriber if you are:
- An employee of your Group
- A proprietor or partner of your Group
- Otherwise entitled to coverage under a trust agreement or employment contract (unless the IRS considers you self-employed)

If you are a Subscriber, the following persons may be eligible to enroll as your Dependents:
- Your Spouse. For the purposes of this *EOC*, the term "Spouse" includes your registered domestic partner who meets all the requirements of Section 297 of the California Family Code, or your domestic partner in accord with your Group's requirements, if any, that we approve in writing
- Your or your Spouse's unmarried children (including adopted children or children placed with you for adoption) who are under age 19, or under age 24 if a student as defined by your Group

*Member Service Call Center: 1-800-464-4000 (TTY 1-800-777-1370) 7 a.m. to 7 p.m., seven days a week (except holidays)*

- Other unmarried dependent persons (but not including foster children) who meet all of the following requirements:
  - they are under age 19, or under age 24 if a student as defined by your Group
  - they receive all of their support and maintenance from you or your Spouse
  - they permanently reside with you (the Subscriber)
  - you or your Spouse is the court-appointed guardian (or was before the person reached age 18) or the person's parent is an enrolled Dependent under your family coverage
- Dependents who meet the Dependent eligibility requirements except for the age limit may be eligible if they meet all the following requirements:
  - they are incapable of self-sustaining employment because of mental retardation or physical handicap that occurred prior to reaching the age limit for Dependents
  - they receive substantially all of their support and maintenance from you or your Spouse
  - you give us proof of their incapacity and dependency within 31 days after we request it

### Persons barred from enrolling

- You cannot enroll if you have had your entitlement to receive Services through Health Plan either rescinded or terminated for cause
- You cannot enroll if you have had your entitlement to receive Services through Health Plan terminated for failure to pay any amounts owed to Health Plan or a Plan Provider, unless we agree to allow you to enroll after you pay all amounts owed by you and your dependents

### Members with Medicare and retirees

This plan is not intended for retirees and most Medicare beneficiaries. If, during the term of this *EOC*, you are or become eligible for Medicare or you retire, the following will apply:

- If you are the Subscriber and you retire, membership under this *EOC* will be terminated and you may be eligible to continue membership as described in the "Continuation of Membership" section of this *EOC*
- If federal law requires that your Group's health care plan be primary and Medicare coverage be secondary, your coverage under this *EOC* will be the same as it would be if you had not become eligible for Medicare. However, you may be eligible to enroll in Kaiser Permanente Senior Advantage through your Group if you are entitled to Medicare Part B
- If none of the above applies to you and you are eligible for Medicare, please ask your Group's benefits administrator about your membership options

When Medicare is secondary, Medicare is the primary coverage except when federal law requires that your Group's health care plan be primary and Medicare coverage be secondary. Members eligible for Medicare as their secondary coverage are subject to the same Dues and receive the same benefits as Members who are not eligible for Medicare. However, any such Members who meet the eligibility requirements for our Kaiser Permanente Senior Advantage plan may enroll in Senior Advantage if the plan is available to you. These Members receive the benefits and coverage described in the Kaiser Permanente Senior Advantage Medicare as a Secondary Payer (MSP) *EOC*.

Note: You may be ineligible to enroll in Kaiser Permanente Senior Advantage if that plan has reached a capacity limit that the Centers for Medicare & Medicaid Services has approved. This limitation does not apply to existing Members who are eligible for Medicare (for example, when you turn age 65).

## When You Can Enroll and When Coverage Begins

Your Group is required to inform you when you are eligible to enroll and your effective date of coverage. If you are eligible to enroll as described under "Who Is Eligible" in this "Dues, Eligibility, and Enrollment" section, enrollment is permitted as described below and membership begins at the beginning (12:00 a.m.) of the effective date of coverage indicated below (your Group may have additional requirements that we have approved, which allow enrollment in other situations).

### New employees

When your Group informs you that you are eligible to enroll as a Subscriber, you may enroll yourself and any eligible Dependents by submitting a Health Plan-approved enrollment application to your Group within 30 days.

*Effective date of coverage.* The effective date of coverage for new employees and their eligible family Dependents is the first day of the month following date of hire.

### Adding new Dependents to an existing account

To enroll a Dependent who first becomes eligible to enroll after you became a Subscriber (such as a new Spouse, a newborn child, or a newly adopted child), you must submit a Health Plan-approved change of enrollment form to your Group within 30 days after the Dependent first becomes eligible.

E
O
C

1

AUG-17-2005 WED 12:04 PM    LAW OFFICE M. CROWLEY      FAX No. 619 444 8811          P. 015

Aug 08 05 02:50p      ant  .o morton              619-29   530              p.12

Kaiser Permanente    8/4/2005 2:52 PM  PAGE    4/005    Fax Server

**Effective date of coverage.** Other than a newborn or a newly adopted child (including a child placed with you for adoption), the effective date of coverage for newly acquired Dependents is the first of the month following the date of acquisition. For a newborn or a newly adopted child, the effective date of coverage is as follows:

- A newborn child is covered from the moment of birth if the Subscriber enrolls the child within 30 days after birth. Any Dues required for the newborn will be effective the first of the month following birth
- If the newborn child is not enrolled within 30 days, the newborn is covered only through the calendar month of birth, or the mother's hospitalization if she is a Member, whichever is later
- A newly adopted child's (including a child placed with you for adoption) membership will begin on the date when the adopting parent gains the legal right to control the child's health care if the Subscriber enrolls the child within 31 days of that date

### Open enrollment

You may enroll as a Subscriber (along with any eligible Dependents), and existing Subscribers may add eligible Dependents, by submitting a Health Plan-approved enrollment application to your Group during the open enrollment period. Your Group will let you know when the open enrollment period begins and ends and the effective date of coverage.

### Special enrollment

If you do not enroll when you are first eligible and later want to enroll, you can enroll only during open enrollment unless one of the following is true:

- You become eligible as described in this "Special Enrollment" section
- You did not enroll when you were first eligible and your Group does not give us a written statement that verifies you signed a document that explained restrictions about enrolling in the future. The effective date of an enrollment resulting from this provision is no later than the first day of the month following the date the Group receives a Health Plan-approved enrollment or change of enrollment application from the Subscriber

**Special enrollment of a Family Unit due to new Dependents.** You may enroll as a Subscriber with your Dependents within 30 days after marriage, birth, adoption, or placement for adoption by submitting to your Group a Health Plan-approved application. You must enroll at least one newly acquired Dependent when you enroll as a Subscriber.

The effective date of an enrollment resulting from marriage is no later than the first day of the month following the date the Group receives an enrollment application from the Subscriber. Enrollments due to birth, adoption, or placement for adoption are effective on the date of birth, adoption, or placement for adoption.

**Special enrollment due to loss of other coverage.** You may enroll as a Subscriber (along with any eligible Dependents), and existing Subscribers may add eligible Dependents, by submitting a Health Plan-approved enrollment or change of enrollment application to your Group within 30 days after loss of other coverage, if all of the following are true:

- The Subscriber or at least one of the Dependents had other coverage when he or she previously declined Health Plan coverage
- The loss of the other coverage is due to one of the following:
  - exhaustion of COBRA coverage
  - in the case of non-COBRA coverage, loss of eligibility or termination of employer contributions (but not termination for cause or nonpayment)
  - termination of "no share of cost" Medi-Cal coverage

Note: If you are enrolling yourself as a Subscriber along with at least one eligible Dependent, only one of you must meet the requirements stated above.

The effective date of an enrollment resulting from loss of other coverage is no later than the first day of the month following the date the Group receives an enrollment or change of enrollment application from the Subscriber.

**Special enrollment due to court or administrative order.** Within 30 days after the date of a court or administrative order requiring a Subscriber to provide health care coverage for a Spouse or child who meets the eligibility requirements as a Dependent, the Subscriber may add the Spouse or child as a Dependent by submitting to your Group a Health Plan-approved enrollment or change of enrollment application.

The effective date of an enrollment resulting from a court or administrative order is the first of the month following the date of the court order.



As a Member, you are selecting our medical care program to provide your health care. You must receive

all covered care from Plan Providers inside our Service Area, except as described in the following sections about:

- Emergency ambulance Services described under "Ambulance Services" in the "Benefits, Copayments, and Coinsurance" section
- Emergency Care, Post-stabilization Care, and Out-of-Area Urgent Care, in the "Emergency, Urgent, and Routine Care" section
- Getting a referral, in this section

Our medical care program gives you access to all of the covered Services you may need, such as routine care with your own personal Plan Physician, hospital care, laboratory and pharmacy Services, and other benefits described in the "Benefits, Copayments, and Coinsurance" section.

## Your Primary Care Plan Physician

Your primary care Plan Physician plays an important role in coordinating your medical care needs, including hospital stays and referrals to specialists. We encourage you to choose a primary care Plan Physician. You may select a primary care Plan Physician from any of our available Plan Physicians who practice in these specialties: internal medicine, family medicine, and pediatrics. Also, women can select any available primary care Plan Physician from obstetrics/gynecology. You can change your primary care Plan Physician for any reason. To learn how to select a primary care Plan Physician, please call our Member Service Call Center. You can find a directory of our Plan Physicians on our Web site at *www.kaiserpermanente.org*.

### Special note about Coachella Valley and western Ventura County

Subscribers residing in Coachella Valley and western Ventura County are required to select a primary care Plan Physician (Affiliated Physician) for themselves and each covered Dependent. In these areas, Plan Providers (except for Plan Pharmacies that are owned and operated by Kaiser Permanente) are referred to as "Affiliated Providers," for example "Affiliated Physicians" and "Affiliated Hospitals." Please refer to our Service Area description in the "Definitions" section for the ZIP codes that are in these two areas.

Your primary care Affiliated Physician will provide or arrange your care in these areas, including Services from other Affiliated Providers, such as specialty Affiliated Physicians. For Services from Affiliated Providers to be covered, your primary care Affiliated Physician must prescribe the care or authorize the referral,

except that women can get annual mammograms and visits to their obstetrics/gynecology Affiliated Physician without a referral from a primary care Affiliated Physician. Also, you may receive care from Plan Providers outside Coachella Valley and western Ventura County without a referral from your primary care Affiliated Physician. Some care requires a referral from a primary care Plan Physician, but the Plan Physician does not have to be an Affiliated Physician; for more details, see "Referrals to Plan Providers" in this "How to Obtain Services" section.

We will send you, the Subscriber, a letter explaining how to select a primary care Affiliated Physician. If you don't select a primary care Affiliated Physician, we will assign one. Dependents may select a different primary care Affiliated Physician from the Subscriber's by calling our Member Service Call Center. You may change your primary care Affiliated Physician once a month. If you need care before we have confirmed your primary care Affiliated Physician, please call our Member Service Call Center for assistance. To learn about Affiliated Providers, please refer to *Your Guidebook to Kaiser Permanente Services (Your Guidebook)*.

If the Subscriber in your Family Unit does not live in Coachella Valley or western Ventura County, you may receive covered care from Affiliated Providers in these areas even if you haven't chosen a primary care Affiliated Physician.

## Getting a Referral

### Referrals to Plan Providers

Primary care Plan Physicians provide primary medical care, including pediatric care and obstetrics/gynecology care. Plan specialists provide specialty care in areas such as surgery, orthopedics, cardiology, oncology, urology, and dermatology. A Plan Physician will refer you to a Plan specialist when appropriate. You don't need a referral to receive primary care from Plan Physicians in the following areas: internal medicine, obstetrics/gynecology, family planning, family medicine, pediatrics, optometry, psychiatry, and chemical dependency. Please check *Your Guidebook* to see if your facility has other departments that don't require a referral. Also, please refer to "Special note about Coachella Valley and western Ventura County" in this "How to Obtain Services" section for additional requirements that apply when a Subscriber lives in these areas.

Purchaser ID: 126909   Kaiser Permanente for Small Businesses . $15 Copayment Plan
Contract 1   Version 9   EOC 1   Effective: 4/1/05-3/31/06
Date: February 16, 2005

Page 9

# EXHIBIT C

## EXHIBIT C
### Page 1
#### August 2002 through December 2002

| | |
|---|---|
| Osbaldo Ahumada<br>Mexico<br>Cashier | William Michael La Rose<br>United States<br>Cashier |
| Steve Cardoza<br>United States<br>Cashier | Donald A. M. MacKenzie<br>United States<br>Attendant |
| John James Crespin<br>United States<br>Manager | Wesley S. Mason<br>United States<br>Attendant |
| Marc Dionne<br>United States<br>Attendant | Paul M. McMakin<br>United States<br>Attendant |
| Tomas Estrada<br>Mexico<br>Attendant | Robert Mulzet<br>United States<br>Manager |
| Timothy S. Gesnaker<br>United States<br>Attendant | Robert M. Nadeau<br>United States<br>Attendant |
| Larry Hudman<br>United States<br>Attendant | Thomas C. Pearce<br>United States<br>Attendant |
| Robert J. Johnson<br>United States<br>Attendant | Alfredo H. Robles<br>United States<br>Attendant |
| Michael A. Klauza<br>United States<br>Cashier | |

**EXHIBIT C**
**Page 2**
**January 2003 through December 2003**

| | |
|---|---|
| Osbaldo Ahumada<br>Mexico<br>Cashier | Wesley S. Mason<br>United States<br>Attendant |
| Steve Cardoza<br>United States<br>Cashier | Paul M. McMakin<br>United States<br>Attendant |
| John James Crespin<br>United States<br>Manager | Robert Mulzet<br>United States<br>Manager |
| Marc Dionne<br>United States<br>Attendant | Robert M. Nadeau<br>United States<br>Attendant |
| Tomas Estrada<br>Mexico<br>Attendant | Arnold Ogo<br>Guam<br>Attendant |
| Larry Hudman<br>United States<br>Attendant | Mark Repasky<br>United States<br>Attendant |
| Michael A. Klauza<br>United States<br>Cashier | Alfredo H. Robles<br>United States<br>Attendant |
| William Michael La Rose<br>United States<br>Cashier | Chad Warner<br>United States<br>Attendant |
| Donald A. M. MacKenzie<br>United States<br>Attendant | |

**EXHIBIT C**
**Page 3**
**January 2004 through January 2005**

| | |
|---|---|
| Osbaldo Ahumada<br>Mexico<br>Cashier | Larry Hudman<br>United States<br>Attendant |
| Brandon Bennett<br>United States<br>Attendant | Michael A. Klauza<br>United States<br>Cashier |
| Bob Benson<br>United States<br>Attendant | William Michael La Rose<br>United States<br>Cashier |
| Darnell Campbell<br>United States<br>Attendant | Shane Liston<br>United States<br>Attendant |
| Steve Cardoza<br>United States<br>Cashier | Wesley S. Mason<br>United States<br>Attendant |
| Jason Corneau<br>United States<br>Attendant | Paul M. McMakin<br>United States<br>Attendant |
| John James Crespin<br>United States<br>Manager | Robert Mulzet<br>United States<br>Manager |
| Walter Crowell<br>United States<br>Attendant | Robert M. Nadeau<br>United States<br>Attendant |
| Marc Dionne<br>United States<br>Attendant | Arnold Ogo<br>Guam<br>Attendant |
| Martin Dockum<br>United States<br>Cashier | Thomas C. Pearce<br>United States<br>Attendant |
| Tomas Estrada<br>Mexico<br>Attendant | Alfredo H. Robles<br>United States<br>Attendant |
| Dan Gruber<br>United States<br>Cashier | Jayson Tollefson<br>United States<br>Attendant |

# EXHIBIT D

**EXHIBIT D**
**Page 1**

Darnell Campbell
Not performing work duties properly.
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
3955 4ᵗʰ Avenue
San Diego, CA 92101

Marc Dionne
Not performing work duties properly.


Paul M. McMakin
Not performing work duties properly.

Jayson Tollefson
Not performing work duties properly.

Case 3:05-cv-02173-L-CAB   Document 1   Filed 11/23/05   Page 38 of 109

# EXHIBIT E



Aug 08 05 03:14p      antonio morton              619-296-1530              p.2

(858) 739-4104

PAY ... ORDER OF
**NEIGHBORHOOD NATIONAL BANK**
122242571
FOR DEPOSIT ONLY
THE SERVICE CENTER
0100008176

# MICHAEL L. CROWLEY
### ATTORNEY AT LAW
110 WEST "C" STREET, SUITE 2100
### SAN DIEGO, CALIFORNIA 92101-3951
Telephone (619) 444-8808    Facsimile (619) 444-8811

August 10, 2005

Roger Owen                          **VIA FACSIMILE ONLY**
Senior Federal Investigator         **(619) 557-7274**
U.S. Equal Employment
  Opportunity Commission
401 "B" Street, Suite 510
San Diego, CA 92101

                    Re:    Charge No.:        345-2005-00674
                           Charging Party:    Darnell M. Campbell
                           Respondent:        Darl Edwards, Owner
                                              XRZ, Inc

Dear Mr. Owen:

        We have received your letter dated July 27, 2005 which requests certain
documents with a due date of today.  We are in the process of obtaining the requested
documents and request an extension of one week to get them to you.  Please give me
a call if you wish to discuss this further.  Thank you for your anticipated courtesy and
cooperation in this matter.

                        Very truly yours,

                        Lisa D. Haigler
                        Assistant

# *LAW OFFICE OF MICHAEL L. CROWLEY*

110 West "C" Street, Suite 2100, San Diego, California 92101
Facsimile No.:  (619) 444-8811
Telephone No.:  (619) 444-8808

## FACSIMILE TRANSMISSION COVER SHEET

DATE: 08/10/05

TO: Roger Owens, Investigator
     U.S. Equal Employment Opportunity Commission

TELEFAX NO: (619) 557-7274

CLIENT/MATTER: Charge No.:        345-2005-00674
                Charging Party:    Darnell M. Campbell
                Respondent:        Darl Edwards, Owner
                                   XRZ, Inc

FROM: Michael L. Crowley

MESSAGE: Request for Extension of Time

### CONFIDENTIALITY NOTE

The documents accompanying this transmission contain information from the Law Office of Michael L. Crowley which is confidential and privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this telecopy error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to you.

This is page 1 of _2__ pages.  Please deliver this information to the person above-named.  If you have any questions regarding this transmission, please call:

Lisa D. Haigler
Name of Person Transmitting Document



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-5748
FAX (619) 557-7274

July 27, 2006

Mr. Michael L. Crowley, Esq.
110 W. 'C' Street, Suite 2100
San Diego, CA 92101

Charge Number: 345-2005-00674
Charging Party: Darnell Campbell

Dear Mr. Crowley:

Thank you for your last two submissions. In order for the Commission to resolve this charge of discrimination, provide the following information to me no later than August 10, 2005:

1. Provide a complete copy of Charging Party's (CP) personnel file.

2. You state that CP was not eligible for medical insurance because of Kaiser's open enrollment period starting only in April 2005. Provide any proof/sporting documentation to support this statement that he could only enroll in the month of April.

3. Provide a list of employees from August 1, 2002 through January 31, 2005. In this list state:\
a. Name of employee,
b. Race or national origin,
c. Job position or title,
d. Date of hire, and
e. Date of discharge, if applicable

4. For any employee above discharged, provide:
a. Name of employee
b. Reason for discharge and copy of discharge papers.
c. Social Security Numbers
d. Last known address and telephone numbers

5. You stated that Respondent paid CP for the disputed 8 hours of missing pay. Provide proof of payment in the form of a canceled/negotiated check.

On Behalf of the Commission:

Roger Owen, Senior Federal Investigator

JUN-29-2005 WED 01:34 PM    LAW OFFICE M. CROWLEY       FAX No. 6¹⁰ 444 8811         P. 001

# LAW OFFICE OF MICHAEL L. CROWLEY

110 West "C" Street, Suite 2100, San Diego, California 92101
Facsimile No.:   (619) 444-8811
Telephone No.:   (619) 444-8808

## FACSIMILE TRANSMISSION COVER SHEET

DATE: 06/29/05

TO: Roger Owens, Investigator
     U.S. Equal Employment Opportunity Commission

TELEFAX NO: (619) 557-7274

CLIENT/MATTER: Charge No.:        345-2005-00674
                Charging Party:     Darnell M. Campbell
                Respondent:         Darl Edwards, Owner
                                    XRZ, Inc

FROM:  Michael L. Crowley

MESSAGE: Respondent's California State Tax Forms DE-6 for the past eight quarters.

### CONFIDENTIALITY NOTE

The documents accompanying this transmission contain information from the Law Office of Michael L. Crowley which is confidential and privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not he intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this telecopy error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to you.

        This is page 1 of __31__ pages.  Please deliver this information to the person above-named.  If you have any questions regarding this transmission, please call:

                Lisa D. Haigler
                Name of Person Transmitting Document

# MICHAEL L. CROWLEY

ATTORNEY AT LAW
110 WEST "C" STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-3951
Telephone (619) 444-8808    Facsimile (619) 444-8811

June 29, 2005

Roger Owen                    **VIA FACSIMILE ONLY**
Senior Federal Investigator   **(619) 557-7274**
U.S. Equal Employment
  Opportunity Commission
401 "B" Street, Suite 510
San Diego, CA 92101

Re:   Charge No.:        345-2005-00674
      Charging Party:    Darnell M. Campbell
      Respondent:        Darl Edwards, Owner
                         XRZ, Inc

Dear Mr. Owen:

Enclosed please find a copy of Respondent's California State Tax Forms DE-6 for the past eight quarters. If you require any additional information, please let me know.

Very truly yours,

Lisa D. Haigler
Assistant

enclosure

Case 3:05-cv-02173-L-CAB   Document 1   Filed 11/23/05   Page 46 of 109

# DE-6

# 2003

# 1st Quarter

JUN-29-2005 WED 01:34 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811    P. 004

06/28/2005  13:13    6192989150    HILLCREST POSTAL    PAGE  03

EDD    STATE OF CALIFORNIA
DE 6    EDD

PAGE   1 OF  3

A0060198

QTR ENDED 03 31 03    DUE 04 01 03    DELINQUENT 04 30 03    03 1

338 2335 2

X R S CORP

3955 FOURTH AVENUE
SAN DIEGO CA 92103

15    14    14

| VOLUNTARY PLAN DI | | No Payroll | Final Return | |
|---|---|---|---|---|
| ▬▬▬▬ MARC | DIONNE | | | |
| 4 028 00 | | 4 028 00 | | 32 26 |
| ▬▬▬▬ ROBERT | M NADEAU | | | |
| 5 160 00 | | 5 160 00 | | 39 85 |
| ▬▬▬▬ ROBERT | MULZET | | | |
| 6 968 00 | | 6 968 00 | | 180 18 |
| ▬▬▬▬ MARK | REPASKY | | | |
| 2 947 00 | | 2 947 00 | | 0 86 |
| ▬▬▬▬ MICHAEL | A KLAUZA | | | |
| 3 888 00 | | 3 888 00 | | 10 15 |
| ▬▬▬▬ WESLEY | S MASON | | | |
| 1 466 26 | | 1 466 26 | | 7 16 |
| ▬▬▬▬ LARRY | HUDMAN | | | |
| 4 236 38 | | 4 236 38 | | 39 17 |
| 28 693 64 | | 28 693 64 | | 309 63 |
| 61 843 64 | | 61 843 64 | | 702 51 |

I declare that the information herein is correct to the best of my knowledge and belief.

SIGNATURE _____    TITLE _____
DATE _____    PHONE _____
0  CAE6ALT    NTF 1832SC
Copyright 2000 Greatland/Nelco – Forms Software Only

06/28/2005 13:13   6192989150              HILLCREST POSTAL                    PAGE  05

EDD    STATE OF CALIFORNIA
DE 6                      EDD 95081                     A0060198

PAGE   3 OF 3

QTR ENDED 03 31 03      DUE 04 01 03     DELINQUENT 04 30 03                    03 1

                                                                    338 2335 2


X R S CORP

3955 FOURTH AVENUE
SAN DIEGO CA 92103
                                                      0          0          — 0


| VOLUNTARY PLAN DI | | No Payroll | Final Return |
|---|---|---|---|
| OSBALDO | AHUMADA | | |
| 3 992 00 | 3 992 00 | | 26 29 |
| TOMAS | ESTRADA | | |
| 3 968 00 | 3 968 00 | | 51 21 |
| 7 960 00 | 7 960 00 | | 77 50 |


I declare that the information herein is correct to the best of my knowledge and belief.

SIGNATURE _____   TITLE _____
DATE _____
0 CAESALT      NTF 153293        PHONE _____
Copyright 2000 Greatland/Nelco LP - Forms Software Only



JUN-29-2005 WED 01:35 PM    LAW OFFICE M. CROWLEY    FAX No: 619 444 8811    P. 007

# DE-6
# 2003
# 2nd Quarter

JUN-29-2005 WED 01:35 PM    LAW OFFICE M. CROWLEY      FAX No. 619 444 8811                    P. 008

06/28/2005  13:13    6192989150           HILLCREST POSTAL                    PAGE   07

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page number  **1**  of  **2**

QUARTER
ENDED 06 30 03.        DUE 07 01 03        DELINQUENT IF
NOT POSTMARKED
OR RECEIVED BY    07 31 03

| YR | QTR |
|----|-----|
| 03 | 2 |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080    CA        03179

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or
received pay for the payroll period which includes the
12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|
| 14 | 14 | 12 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---------|---------|---------|---------|
| ▓▓▓▓▓▓ | MARC DIONNE | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 3 686 00 | 3 686 00 | | 24 48 |
| ▓▓▓▓▓▓1 | ROBERT M NADEAU | | |
| 5 135 00 | 5 135 00 | | 51 62 |
| ▓▓▓▓▓▓ | ROBERT MULZET | | |
| 7 072 00 | 7 072 00 | | 186 42 |
| ▓▓▓▓▓▓ | MARK REPASKY | | |
| 2 936 50 | 2 936 50 | | 5 54 |
| ▓▓▓▓▓▓ | MICHAEL A KLAUZA | | |
| 4 232 00 | 4 232 00 | | 17 78 |
| ▓▓▓▓▓▓ | WESLEY S MASON | | |
| 1 215 50 | 1 215 50 | | 5 80 |
| ▓▓▓▓▓▓ | LARRY HUDMAN | | |
| 4 356 01 | 4 356 01 | | 42 06 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---------|---------|---------|
| 28 633 01 | 28 633 01 | 333 78 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---------|---------|---------|
| 60 654 01 | 60 654 01 | 782 08 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's
Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title _____
                                                                (Owner, Accountant, Preparer, etc.)

Date _____    Phone ( )

DE 6 Rev. 3 (1-98)

JUN-29-2005 WED 01:35 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811    P. 009

06/28/2005  13:13   6192989150                 HILLCREST POSTAL              PAGE  08

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page number  2  of  2

| QUARTER ENDED 06 30 03 | DUE 07 01 03 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | 07 31 03 | YR 03 | QTR 2 |
|---|---|---|---|---|---|

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080   CA           03179

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92109

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

1st Mo.        2nd Mo.        3rd Mo.

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | DONALD A M MACKENZIE | | |
| G. TOTAL SUBJECT WAGES 3 932 00 | H. PIT WAGES 3 932 00 | I. PIT WITHHELD 50 14 |
| | WILLIAM MICHAEL LA ROSE | | |
| G. TOTAL SUBJECT WAGES 5 360 00 | H. PIT WAGES 5 360 00 | I. PIT WITHHELD 100 64 |
| | STEVE CARDOZA | | |
| G. TOTAL SUBJECT WAGES 5 440 00 | H. PIT WAGES 5 440 00 | I. PIT WITHHELD 103 84 |
| | ALFREDO H ROBLES | | |
| G. TOTAL SUBJECT WAGES 4 332 00 | H. PIT WAGES 4 332 00 | I. PIT WITHHELD 20 52 |
| | JOHN JAMES CRESPIN | | |
| G. TOTAL SUBJECT WAGES 5 185 00 | H. PIT WAGES 5 185 00 | I. PIT WITHHELD 73 86 |
| | OSBALDO AHUMADA | | |
| G. TOTAL SUBJECT WAGES 3 728 00 | H. PIT WAGES 3 728 00 | I. PIT WITHHELD 25 44 |
| | TOMAS ESTRADA | | |
| G. TOTAL SUBJECT WAGES 4 044 00 | H. PIT WAGES 4 044 00 | I. PIT WITHHELD 54 06 |

| J. TOTAL SUBJECT WAGES THIS PAGE 32 021 00 | K. TOTAL PIT WAGES THIS PAGE 32 021 00 | L. TOTAL PIT WITHHELD THIS PAGE 428 30 |
|---|---|---|
| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's
Signature  REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title _____
                                                          (Owner, Accountant, Preparer, etc.)
Date _____        Phone ( ____ ) _____

DE 6 rev. 3 (1-00)

# DE-6
# 2003
# 3rd Quarter

JUN-29-2005 WED 01:35 PM    LAW OFFICE M CROWLEY      FAX No. 619 444 8811              P. 011

06/28/2005  13:13   6192989150          HILLCREST POSTAL                    PAGE  10

# QUARTERLY WAGE
## AND WITHHOLDING REPORT

Page number __1__ of __2__

**PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE**
You must file this report even if you had no payroll. If you had no payroll, complete items C & D Col A.

QUARTER ENDED **09 30 03**    DUE **10 01 03**    DELINQUENT IF NOT POSTMARKED OR RECEIVED BY **10 31 03**

| YR | QTR |
|----|-----|
| 03 | 3   |

EMPLOYER ACCOUNT NO.
**338 2335 2**

0082 2080    CA          03277

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|
| 12 | 12 | 11 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ~~xxxxx~~ | MARC DIONNE | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 3 238 00 | 3 238 00 | | 19 26 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ~~xxxxx~~ | ROBERT M NADEAU | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 5 160 00 | 5 160 00 | | 52 62 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ~~xxxxx~~ | ROBERT MULZET | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 7 696 00 | 7 896 00 | | 198 13 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ~~xxxxx~~ | MICHAEL A KLAUZA | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 3 552 00 | 3 552 00 | | 7 01 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ~~xxxxx~~ | WESLEY S MASON | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 1 032 75 | 1 032 75 | | 5 32 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ~~xxxxx~~ | LARRY HUDMAN | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 4 494 19 | 4 494 19 | | 46 35 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ~~xxxxx~~ | DONALD A M MACKENZIE | | |
| **G. TOTAL SUBJECT WAGES** | **H. PIT WAGES** | | **L. PIT WITHHELD** |
| 552 00 | 552 00 | | 6 11 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 25 724 94 | 25 724 94 | 334 80 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| 54 234 94 | 54 234 94 | 727 02 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE      Title _____
(Owner, Accountant, Preparer, etc.)

Date _____   Phone ( · ) _____

DE 6 Rev. 9 (1-98)

JUN-29-2005 WED 01:36 PM   LAW OFFICE M. CROWLEY   FAX No. 619 444 8811   P. 012

06/28/2005  13:13 .  6192989150          HILLCREST POSTAL               PAGE  11

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page number  2  of  2

QUARTER ENDED  09 30 03      DUE  10 01 03      DELINQUENT IF NOT POSTMARKED OR RECEIVED BY  10 31 03

| YR | QTR |
|----|-----|
| 03 | 3   |

0082 2080   CA          D3277

EMPLOYER ACCOUNT NO.
338 2335 2

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| ▓▓▓▓ | WILLIAM MICHAEL LA ROSE |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 5 360 00 | 5 360 00 | 100 64 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| ▓▓▓▓ | STEVE CARDOZA |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 880 00 | 4 880 00 | 85 87 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| ▓▓▓▓ | ALFREDO H ROBLES |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 480 00 | 4 480 00 | 26 65 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| ▓▓▓▓ | JOHN JAMES CRESPIN |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 5 730 00 | 5 730 00 | 95 46 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| ▓▓▓▓ | OSBALDO AHUMADA |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 3 964 00 | 3 964 00 | 31 06 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| ▓▓▓▓ | TOMAS ESTRADA |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 096 00 | 4 096 00 | 52 54 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| | | |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 28 510 00 | 28 510 00 | 392 22 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| | | |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature  REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.     Title _____ (Owner, Accountant, Preparer, etc.)

Date _____     Phone ( ____ ) _____

DE 6 Rev. 3 (1-98)

# DE-6
# 2003
# 4th Quarter

JUN-29-2005 WED 01:36 PM    LAW OFFICE M. CROWLEY       FAX No. 619 444 8811              P. 014

06/28/2005  13:13    6192989150              HILLCREST POSTAL                    PAGE  13

# QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page number  1  of  2

| QUARTER ENDED | 12 31 03 | DUE | 01 01 04 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | 02 02 04 | YR | QTR |
|---|---|---|---|---|---|---|---|
| | | | | | | 03 | 4 |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080    CA           04001

X R S CORP.
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th or the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| 12 | 12 | 13 |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | MARC DIONNE | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 3 064 00 | 3 064 00 | 18 65 | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | ROBERT M NADEAU | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 4 950 00 | 4 950 00 | 44 22 | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | ROBERT MULZET | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 7 072 00 | 7 072 00 | 186 42 | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | MICHAEL A KLAUZA | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 2 712 00 | 2 712 00 | 0 00 | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | WESLEY S MASON | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 280 50 | 280 50 | 1 55 | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | LARRY HUDMAN | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 4 135 31 | 4 135 31 | 37 11 | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | WILLIAM MICHAEL LA ROSE | | |
| TOTAL SUBJECT WAGES | PIT WAGES | PIT WITHHELD | |
| 5 200 00 | 5 200 00 | 85 74 | |

| TOTAL SUBJECT WAGES THIS PAGE | TOTAL PIT WAGES THIS PAGE | TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 27 413 81 | 27 413 81 | 373 69 |

| GRAND TOTAL SUBJECT WAGES | GRAND TOTAL PIT WAGES | GRAND TOTAL PIT WITHHELD |
|---|---|---|
| 51 822 31 | 51 822 31 | 636 96 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature    REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title _____
(Owner, Accountant, Preparer, etc.)

Date _____    Phone ( )  _____

DE 6 Rev. 3 (1-98)

JUN-29-2005 WED 01:36 PM     LAW OFFICE M. CROWLEY     FAX No. 619 444 8811          P. 015

06/28/2005  13:13   6192989150          HILLCREST POSTAL              PAGE  14

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
**PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE**
You must FILE this report even if you had no payroll. If you had no payroll, complete items B or D use P.

Page number  **2**  of  **2**

| QUARTER ENDED | **12 31 03** | DUE | **01 01 04** | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | **02 02 04** | YR | QTR |
|---|---|---|---|---|---|---|---|
| | | | | | | 03 | 4 |

EMPLOYER ACCOUNT NO.
**338 2335 2**

0082 2080    CA          04001

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| | | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | STEVE CARDOZA | | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 720 00 | 4 720 00 | 79 47 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | ALFREDO H ROBLES |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 3 856 00 | 3 856 00 | 10 39 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | ARNOLD J OGO |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 3 076 50 | 3 076 50 | 20 18 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | JOHN JAMES CRESPIN |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 5 540 00 | 5 540 00 | 87 96 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | OSBALDO AHUMADA |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 3 152 00 | 3 152 00 | 13 42 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | TOMAS ESTRADA |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 084 00 | 4 084 00 | 51 85 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
| | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| | | |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 24 408 50 | 24 408 50 | 263 27 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| | | |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.     Title _____ (Owner, Accountant, Preparer, etc.)

Date _____   Phone ( _____ ) _____

DE 6 Rev. 3 (1-98)

# DE-6
# 2004
# 1st Quarter

JUN-29-2005 WED 01:36 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811    P. 017

06/28/2005 13:13    6192989150    HILLCREST POSTAL    PAGE  15

## QUARTERLY WAGE
## AND WITHHOLDING REPORT

PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page Number  1  of  3

QUARTER ENDED 03 31 04    DUE 04 01 04    DELINQUENT IF NOT POSTMARKED OR RECEIVED BY  04 30 04

YR | QTR
04 | 1

0082 2080    CA    04094

EMPLOYER ACCOUNT NO.
338 2335 2

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|
| 13 | 13 | 13 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | SHANE LISTON | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 518 00 | 518 00 | | 5 32 |
| E. SOCIAL SECURITY NUMBER | F. MARC DIONNE | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 3 788 00 | 3 788 00 | | 25 00 |
| E. SOCIAL SECURITY NUMBER | F. ROBERT M NADEAU | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 4 790 00 | 4 790 00 | | 23 28 |
| E. SOCIAL SECURITY NUMBER | F. ROBERT MULZET | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 7 072 00 | 7 072 00 | | 181 20 |
| E. SOCIAL SECURITY NUMBER | F. MICHAEL A KLAUZA | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 3 261 00 | 3 261 00 | | 2 44 |
| E. SOCIAL SECURITY NUMBER | F. THOMAS C PEARCE | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 1 953 00 | 1 953 00 | | 0 00 |
| E. SOCIAL SECURITY NUMBER | F. WESLEY S MASON | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 2 352 38 | 2 352 38 | | 17 40 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 23 734 38 | 23 734 38 | 254 64 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| 54 943 76 | 54 943 76 | 607 65 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature  REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title (Owner, Accountant, Preparer, etc.)

Date _____    Phone ( )_____

DE 6 Rev. 3 (1-88)

JUN-29-2005 WED 01:37 PM    LAW OFFICE M. CROWLEY      FAX No. 619 444 8811         P. 018

06/28/2005  13:19    6192989150         HILLCREST POSTAL                PAGE  17

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page number __2__ of __3__

| QUARTER ENDED 03 31 04 | DUE 04 01 04 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY 04 30 04 | YR | QTR |
| | | | 04 | 1 |

0082 2080   CA        04094

EMPLOYER ACCOUNT NO.
33B 2335 2

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
| | | |

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| ▇▇▇▇▇ | LARRY HUDMAN | |
| TOTAL SUBJECT WAGES 3 477 38 | PIT WAGES 3 477 38 | PIT WITHHELD 24 02 |
| ▇▇▇▇▇ | WILLIAM MICHAEL LA ROSE | |
| TOTAL SUBJECT WAGES 5 130 00 | PIT WAGES 5 130 00 | PIT WITHHELD 88 92 |
| ▇▇▇▇▇ | STEVE CARDOZA | |
| TOTAL SUBJECT WAGES 2 880 00 | PIT WAGES 2 880 00 | PIT WITHHELD 57 06 |
| ▇▇▇▇▇ | ALFREDO H ROBLES | |
| TOTAL SUBJECT WAGES 4 058 00 | PIT WAGES 4 058 00 | PIT WITHHELD 12 38 |
| ▇▇▇▇▇ | ARNOLD J OGO | |
| TOTAL SUBJECT WAGES 4 248 00 | PIT WAGES 4 248 00 | PIT WITHHELD 37 29 |
| ▇▇▇▇▇ | JOHN JAMES CRESPIN | |
| TOTAL SUBJECT WAGES 5 800 00 | PIT WAGES 5 800 00 | PIT WITHHELD 95 26 |
| ▇▇▇▇▇ | OSBALDO AHUMADA | |
| TOTAL SUBJECT WAGES 3 008 00 | PIT WAGES 3 008 00 | PIT WITHHELD 8 90 |

| TOTAL SUBJECT WAGES THIS PAGE 28 601 38 | TOTAL PIT WAGES THIS PAGE 28 601 38 | TOTAL PIT WITHHELD THIS PAGE 323 83 |
| GRAND TOTAL SUBJECT WAGES | GRAND TOTAL PIT WAGES | GRAND TOTAL PIT WITHHELD |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title _____
(Owner, Accountant, Preparer, etc.)

Date _____    Phone ( ) _____

DE 9 Rev. 2 (1-98)

JUN-29-2005 WED 01:37 PM     LAW OFFICE M. CROWLEY     FAX No. 619 444 8811          P. 019

06/28/2005  13:13    6192989150              HILLCREST POSTAL                  PAGE  18

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
**PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE**

Page number **3** of **3**

QUARTER ENDED **03 31 04**     DUE **04 01 04**     DELINQUENT IF NOT POSTMARKED OR RECEIVED BY **04 30 04**

| YR | QTR |
|----|-----|
| 04 | 1 |

0082 2080    CA          04094

EMPLOYER ACCOUNT NO. **338 2335 2**

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|
|         |         |         |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | TOMAS ESTRADA | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| 2 608 00 | 2 608 00 | | 29 18 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| | | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| | | | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| | | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| | | | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| | | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| | | | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| | | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| | | | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| | | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| | | | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| | | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | L. PIT WITHHELD |
| | | | |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | O. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 2 608 00 | 2 608 00 | 29 18 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| | | |

*P. I declare that the information herein is correct to the best of my knowledge and belief.*

Preparer's Signature: REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE     Title _____ (Owner, Accountant, Preparer, etc.)

Date _____   Phone ( )_____

DE 6 Rev. 3 (1-98)

Case 3:05-cv-02172-L-CAB   Document 1   Filed 11/23/05   Page 63 of 109

# DE-6
# 2004
# 2nd Quarter

JUN-29-2005 WED 01:37 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811    P. 021

06/28/2005  13:13   6192989150          HILLCREST POSTAL                    PAGE  20

## QUARTERLY WAGE
## AND WITHHOLDING REPORT

PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page number __1__ of __3__

| QUARTER ENDED | 06 30 04 | DUE | 07 01 04 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | 08 02 04 | YR | QTR |
|---|---|---|---|---|---|---|---|
| | | | | | | 04 | 2 |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080    CA          04185

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| 14 | 13 | 12 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | SHANE LISTON | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 1 281 00 | 1 281 00 | 14 42 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | MARC DIONNE | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 1 732 00 | 1 732 00 | 9 26 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | ROBERT M NADEAU | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 100 00 | 4 100 00 | 20 57 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | ROBERT MULZET | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 7 280 00 | 7 280 00 | 193 68 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | MICHAEL A KLAUZA | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 3 737 25 | 3 737 25 | 2 25 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | BOB W BENSON | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 2 093 00 | 2 093 00 | 4 37 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| | WESLEY S MASON | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 2 414 00 | 2 414 00 | 21 23 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 22 637 25 | 22 637 25 | 265 78 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| 52 408 88 | 52 408 88 | 608 00 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.   Title _____
(Owner, Accountant, Preparer, etc.)

Date _____   Phone ( ) _____

DE 9 REV. 3 (1-96)

JUN-29-2005 WED 01:38 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811    P. 022

06/28/2005  13:13  6192969150    HILLCREST POSTAL    PAGE  21

## QUARTERLY WAGE
## AND WITHHOLDING REPORT

PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Form number __2__ of __3__

QUARTER ENDED  06 30 04    DUE  07 01 04    DELINQUENT IF NOT POSTMARKED OR RECEIVED BY    08 02 04

| YR | QTR |
|----|-----|
| 04 | 2 |

0082 2080    CA    04185

EMPLOYER ACCOUNT NO. **338 2335 2**

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|
|         |         |         |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓ | WILLIAM MICHAEL LA ROSE | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 5 370 00 | 5 370 00 | | 98 52 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ▓▓▓▓▓▓ | STEVE CARDOZA | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 4 260 00 | 4 260 00 | | 85 36 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ▓▓▓▓▓▓ | ALFREDO H ROBLES | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 3 860 00 | 3 860 00 | | 10 66 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ▓▓▓▓▓▓ | ARNOLD J OGO | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 3 320 00 | 3 320 00 | | 17 70 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ▓▓▓▓▓▓ | PAUL M MCMACKIN | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 699 63 | 699 63 | | 6 22 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ▓▓▓▓▓▓ | PAUL M MC MACKIN | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 910 00 | 910 00 | | 0 72 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| ▓▓▓▓▓▓ | JOHN JAMES CRESPIN | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| 6 160 00 | 6 160 00 | | 109 68 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 24 579 63 | 24 579 63 | 308 84 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| | | |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature ___ REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE. ___    Title ___ (Owner, Accountant, Preparer, etc.)

Date ___    Phone ( ) ___

DE 6 Rev. 3 (1-98)

JUN-29-2005 WED 01:38 PM    LAW OFFICE M. CROWLEY     FAX No. 619 444 8811              P. 023

06/28/2005  13:13   6192989150              HILLCREST POSTAL                    PAGE  22

## QUARTERLY WAGE
## AND WITHHOLDING REPORT

PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE
You must FILE this report even if you had no payroll. If you had no payroll, complete items G through L and P.

Page number  3  of  3

QUARTER ENDED  06 30 04     DUE  07 01 04     DELINQUENT IF NOT POSTMARKED OR RECEIVED BY  08 02 04

| YR | QTR |
|----|-----|
| 04 | 2   |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080   CA              04185

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---------|---------|---------|
|         |         |         |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | OSBALDO AHUMADA | | |
| G. TOTAL SUBJECT WAGES  3 144 00 | H. PIT WAGES  3 144 00 | | I. PIT WITHHELD  12 58 |
| E. SOCIAL SECURITY NUMBER | F. TOMAS ESTRADA | | |
| G. TOTAL SUBJECT WAGES  2 048 00 | H. PIT WAGES  2 048 00 | | I. PIT WITHHELD  20 80 |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | | I. PIT WITHHELD |
| J. TOTAL SUBJECT WAGES THIS PAGE  5 192 00 | K. TOTAL PIT WAGES THIS PAGE  5 192 00 | | L. TOTAL PIT WITHHELD THIS PAGE  33 38 |
| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | | O. GRAND TOTAL PIT WITHHELD |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.        Title _____
                                                                              (Owner, Accountant, Preparer, etc.)
Date _____  Phone ( ) _____

DE 6 Rev. 3 (1-98)

Case 3:05-cv-02173-L-CAB     Document 1     Filed 11/23/05     Page 67 of 109

# DE-6
# 2004
# 3rd Quarter

JUN-29-2005 WED 01:38 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811    P. 025

06/28/2005  13:13    6192989150    HILLCREST POSTAL    PAGE  24

## QUARTERLY WAGE
## AND WITHHOLDING REPORT

**PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE**
You must file this report even if you had no payroll. If you had no payroll, complete items 6 or B and P.

PAGE NUMBER ___1___ of ___3___

QUARTER ENDED 09 30 04    DUE 10 01 04    DELINQUENT IF NOT POSTMARKED OR RECEIVED BY  11 01 04

| YR | QTR |
|---|---|
| 04 | 3 |

0082 2080    CA    04276

EMPLOYER ACCOUNT NO.
338 2335 2

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| 11 | 11 | 14 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | ROBERT M NADEAU | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 4 330 00 | 4 330 00 | 27 56 | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | ROBERT MULZET | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 7 800 00 | 7 800 00 | 199 04 | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | MICHAEL A KLAUZA | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 4 248 00 | 4 248 00 | 15 76 | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | WESLEY S MASON | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 2 133 50 | 2 133 50 | 16 34 | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | JAYSON TOLLEFSON | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 825 75 | 825 75 | 8 24 | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | MARTIN DOCKUM | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 204 00 | 204 00 | 0 00 | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | WILLIAM MICHAEL LA ROSE | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | L. PIT WITHHELD | |
| 5 620 00 | 5 620 00 | 95 48 | |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 25 161 25 | 25 161 25 | 362 42 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| 52 653 75 | 52 653 75 | 619 84 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature  REFERENCE COPY PREPARED BY PAYCHEX DO NOT FILE    Title _____ (Owner, Accountant, Preparer, etc.)

Date _____    Phone ( _____ ) _____

DE 6 Rev. 2 (1-98)

JUN-29-2005 WED 01:38 PM    LAW OFFICE M. CROWLEY    FAX No. 619 444 8811                    P.026

06/28/2005 13:13    6192989150              HILLCREST POSTAL                    PAGE  25

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page Number **2** of **3**

| QUARTER ENDED | 09 30 04 | DUE | 10 01 04 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | 11 01 04 | | YR | QTR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 04 | 3 |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080    CA              04276

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which included the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| | | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | STEVE CARDOZA | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 5 095 00 | 5 095 00 | 87 52 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | ALFREDO H ROBLES | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 4 468 00 | 4 468 00 | 15 05 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | ARNOLD J DGO | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 3 984 00 | 3 984 00 | 29 54 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| 570 61 5278 | DARNELL CAMPBELL | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 1 162 50 | 1 162 50 | 3 09 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | PAUL M MC MACKIN | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 3 360 00 | 3 360 00 | 0 88 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | JOHN JAMES CRESPIN | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 6 072 00 | 6 072 00 | 106 14 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| | DANIEL GRUBER | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
| 255 00 | 255 00 | 1 27 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 24 396 50 | 24 396 50 | 243 49 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| | | |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature    REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title (Owner, Accountant, Preparer, Etc.)

Date _____    Phone ( ) _____

DE B Rev. 3 (1-98)

06/28/2005  13:13     6192989150              HILLCREST POSTAL                    PAGE  25

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
**PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE**
You must file this tax report even if you had no payroll or had no payroll, changed name

Page Number **3** of **3**

| QUARTER ENDED | 09 30 04 | DUE | 10 01 04 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | 11 01 04 | | YR QTR 04 3 |

EMPLOYER ACCOUNT NO.
**338 2335 2**

0082 2080    CA              04276

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |

| | SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|---|
| | | OSBALDO AHUMADA | | |
| G. TOTAL SUBJECT WAGES | 3 096 00 | H. PIT WAGES | 3 096 00 | I. PIT WITHHELD | 13 93 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | |
|---|---|---|
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |

| J. TOTAL SUBJECT WAGES THIS PAGE | 3 096 00 | K. TOTAL PIT WAGES THIS PAGE | 3 096 00 | L. TOTAL PIT WITHHELD THIS PAGE | 13 93 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.     Title _____
(Owner, Accountant, Preparer, etc)

Date _____   Phone (     ) _____

DE 6 Rev. 3 (1-88)

Case 3:05-cv-02173-L-CAB   Document 1   Filed 11/23/05   Page 71 of 109

# DE-6
# 2004
# 4th Quarter

JUN-29-2005 WED 01:39 PM     LAW OFFICE M. CROWLEY     FAX No. 619 444 8811     P. 029

06/28/2005  13:13   6192989150          HILLCREST POSTAL          PAGE  28

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE
THE ITEMS ARE THIS REPORT EVEN IF YOU HAD NO PAYROLL. IF YOU HAD NO PAYROLL, COMPLETE ITEMS F AND Q AND P.

| PAGE NUMBER 1 of 3 | | |
|---|---|---|
| QUARTER ENDED 12 31 04 | DUE 01 01 05 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY  01 31 05 |

|  |  |
|---|---|
|  | YR QTR 04  4 |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080    CA          04366

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| 14 | 15 | 15 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
|  | ROBERT M NADEAU | | |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 230 00 | 4 230 00 | 33 28 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
|  | JASON COMEAU |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 1 717 50 | 1 717 50 | 8 97 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
|  | WALTER J CROWELL |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 1 402 50 | 1 402 50 | 18 15 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
|  | ROBERT MULZET |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 7 384 00 | 7 384 00 | 199 92 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
|  | MICHAEL A KLAUZA |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 4 270 50 | 4 270 50 | 24 40 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
|  | WESLEY S MASON |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 1 950 75 | 1 950 75 | 12 55 |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) |
|---|---|
|  | JAYSON TOLLEFSON |

| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|
| 2 552 00 | 2 552 00 | 11 54 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 23 507 25 | 23 507 25 | 308 81 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
| 60 146 13 | 60 146 13 | 636 79 |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature  REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.    Title _____
(Owner, Accountant, Preparer, etc.)

Date _____      Phone ( ) ._____

DE 6 Rev. 3 (1-99)

JUN-29-2005 WED 01:39 PM     LAW OFFICE M CROWLEY       FAX No. 619 444 8811          P. 030

06/28/2005  13:13   6192589150            HILLCREST POSTAL                    PAGE  29

## QUARTERLY WAGE
## AND WITHHOLDING REPORT

PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

Page Number __2__ of __3__

QUARTER ENDED  12 31 04       DUE  01 01 05     DELINQUENT IF NOT POSTMARKED OR RECEIVED BY   01 31 05     YR QTR  04  4

0082 2080    CA          04366

EMPLOYER ACCOUNT NO.  338 2335 2

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 19th of the month.
1st Mo.    2nd Mo.    3rd Mo.

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD |
|---|---|---|---|---|
| ~~[redacted]~~ | MARTIN DOCKUM | 4 441 25 | 4 441 25 | 0 00 |
| ~~[redacted]~~ | WILLIAM MICHAEL LA ROSE | 4 790 00 | 4 790 00 | 79 86 |
| ~~[redacted]~~ | STEVE CARDOZA | 4 860 00 | 4 860 00 | 88 98 |
| ~~[redacted]~~ | ALFREDO H ROBLES | 2 720 00 | 2 720 00 | 7 31 |
| ~~[redacted]~~ | BRANDON BENNETT | 1 655 63 | 1 655 63 | 7 79 |
| ~~[redacted]~~ | ARNOLD J OGO | 3 044 00 | 3 044 00 | 22 31 |
| 570 81 5278 | DARNELL CAMPBELL | 3 451 00 | 3 451 00 | 2 26 |

| J. TOTAL SUBJECT WAGES THIS PAGE | K. TOTAL PIT WAGES THIS PAGE | L. TOTAL PIT WITHHELD THIS PAGE |
|---|---|---|
| 24 961 88 | 24 961 88 | 188 49 |

| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |
|---|---|---|
|  |  |  |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature    REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE         Title _____
                                                                                (Owner, Accountant, Preparer, etc.)
Date _____    Phone ( __ )

DE 6 Rev. 2 (1-98)

06/28/2005  13:13   6192989150          HILLCREST POSTAL                PAGE  30

## QUARTERLY WAGE
## AND WITHHOLDING REPORT
PLEASE TYPE THIS FORM PER INSTRUCTIONS ON REVERSE

page number __3__ of __3__

| | | | | | YR | QTR |
|---|---|---|---|---|---|---|
| QUARTER ENDED 12 31 04 | DUE 01 01 05 | DELINQUENT IF NOT POSTMARKED OR RECEIVED BY | 01 31 05 | | 04 | 4 |

EMPLOYER ACCOUNT NO.
338 2335 2

0082 2080    CA          04366

X R S CORP
3955 FOURTH AVENUE
SAN DIEGO CA 92103

A. EMPLOYEES full time and part time who worked during or received pay for the payroll period which includes the 12th of the month.

| 1st Mo. | 2nd Mo. | 3rd Mo. |
|---|---|---|
| | | |

| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
|---|---|---|---|
| [redacted] | PAUL M MC MACKIN | | |
| G. TOTAL SUBJECT WAGES 805 00 | H. PIT WAGES 805 00 | I. PIT WITHHELD 0 00 | |
| E. SOCIAL SECURITY NUMBER [redacted] | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) JOHN JAMES CRESPIN | | |
| G. TOTAL SUBJECT WAGES 6 688 00 | H. PIT WAGES 6 688 00 | I. PIT WITHHELD 113 52 | |
| E. SOCIAL SECURITY NUMBER [redacted] | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) OSBALDO AHUMADA | | |
| G. TOTAL SUBJECT WAGES 3 872 00 | H. PIT WAGES 3 872 00 | I. PIT WITHHELD 24 19 | |
| E. SOCIAL SECURITY NUMBER [redacted] | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) LUIS RENE BETIZ | | |
| G. TOTAL SUBJECT WAGES 512 00 | H. PIT WAGES 512 00 | I. PIT WITHHELD 1 78 | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD | |
| E. SOCIAL SECURITY NUMBER | F. EMPLOYEE NAME (FIRST, MIDDLE INITIAL, LAST) | | |
| G. TOTAL SUBJECT WAGES | H. PIT WAGES | I. PIT WITHHELD | |

| J. TOTAL SUBJECT WAGES THIS PAGE 11 677 00 | K. TOTAL PIT WAGES THIS PAGE 11 677 00 | L. TOTAL PIT WITHHELD THIS PAGE 139 49 |
|---|---|---|
| M. GRAND TOTAL SUBJECT WAGES | N. GRAND TOTAL PIT WAGES | O. GRAND TOTAL PIT WITHHELD |

P. I declare that the information herein is correct to the best of my knowledge and belief.

Preparer's Signature  REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.   Title _____
                                                                        (Owner, Accountant, Preparer, etc.)

Date _____   Phone ( ) _____

DE 6 Rev. 3 (1-98)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-7232
FAX (619) 557-7274

June 21, 2005

Mr. Michael L. Crowley                    Charge Number: 345-2005-00674
110 W. 'C' Street, Suite 2100             Charging Party: Darnell Campbell
San Diego, CA 92101

Dear Mr. Crowley:

Provide a copy of Respondent's California State Tax Forms DE-3 and/or DE-6, for the past eight quarters, no later than July 5, 2005.

On Behalf of the Commission:

Roger Owen, Senior Federal Investigator

# LAW OFFICE OF MICHAEL L. CROWLEY

110 West "C" Street, Suite 2100, San Diego, California 92101
Facsimile No.:  (619) 444-8811
Telephone No.:  (619) 444-8808

## FACSIMILE TRANSMISSION COVER SHEET

DATE: 06/13/05

TO: Roger Owens, Investigator
    U.S. Equal Employment Opportunity Commission

TELEFAX NO: (619) 557-7274

CLIENT/MATTER: Charge No.:        345-2005-00674
               Charging Party:    Darnell M. Campbell
               Respondent:        Darl Edwards, Owner
                                  XRZ, Inc

FROM:  Michael L. Crowley

MESSAGE: Respondent's responses to 1) accusations; 2) request for information; and 3) request for information re: issues of benefits and suspension.

### CONFIDENTIALITY NOTE

The documents accompanying this transmission contain information from the Law Office of Michael L. Crowley which is confidential and privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this telecopy error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to you.

This is page 1 of _17__ pages.  Please deliver this information to the person above-named.  If you have any questions regarding this transmission, please call:

Lisa D. Haigler
Name of Person Transmitting Document

Michael L. Crowley (117008)
Attorney at Law
110 West "C" Street, Suite 2100
San Diego, CA 92101
(619) 444-8808

Attorney for XRZ Corporation and
        Darl Edwards

# U.S. EQUAL EMPLOYMENT
# OPPORTUNITY COMMISSION

| | | |
|---|---|---|
| DARNELL M. CAMPBELL | ) | EEOC Charge No.: 345-2005-00674 |
| | ) | |
| Charging Party, | ) | |
| | ) | RESPONSE TO |
| v. | ) | CHARGE OF DISCRIMINATION |
| | ) | |
| XRZ, CORPORATION and | ) | |
| DARL EDWARDS, owner, | ) | |
| | ) | |
| Respondent. | ) | |

**ACCUSATION 1:** Mr. Campbell claims he was not informed about health insurance and did not receive health insurance after 60 days.
**RESPONSE 1: Deny.** Club San Diego uses Kaiser Permanente as their health provider. Kaiser Permanente has a yearly enrollment contract with us for employees hired during the year. Since Mr. Campbell was hired in August 2004, he wasn't able to be added until April 2005 since April is the open enrollment month. All employees are treated equally as to when they may obtain health benefits.

**ACCUSATION 2:** Mr. Campbell claims he was denied direct deposit for his paycheck.
**RESPONSE 2:** Deny. Never in the history of Club San Diego has direct deposit been available to any employees.

**ACCUSATION 3:** Mr. Campbell claims his paycheck was short eight hours and the assistant manager took no action on his inquiry.
**RESPONSE 3: Deny.** The assistant manager, James Crespin, was spoken to and claims that he was never made aware of this problem. A signed statement from James Crespin is attached hereto. As this is hard to resolve since 5 months have passed, Club San Diego has paid Mr. Campbell his alleged short eight hours.

**ACCUSATION 4:** Mr. Campbell claims that he was suspended because of his race.

Case 3:05-cv-02173-L-CAB   Document 1   Filed 11/23/05   Page 78 of 109

**RESPONSE 4:** Deny.  Club San Diego does not discriminate against anyone because of their race.  Club San Diego disciplines employees who do not show up for work with no notice, leave work without giving notice and/or poor job performance.  Each of these basis for discipline apply to the charging party. Club San Diego investigated Mr. Campbell's claims that he informed personnel that he was not coming to work yet no one received such a communication.

Date: 6/13/05

Michael L. Crowley
Attorney for Darl Edwards and
XRZ Corporation

2

Michael L. Crowley (117008)
Attorney at Law
110 West "C" Street, Suite 2100
San Diego, CA 92101
(619) 444-8808

Attorney for XRZ Corporation and
            Darl Edwards


## U.S. EQUAL EMPLOYMENT
## OPPORTUNITY COMMISSION

| | | |
|---|---|---|
| DARNELL M. CAMPBELL | ) | EEOC Charge No.: 345-2005-00674 |
| | ) | |
| Charging Party, | ) | |
| | ) | RESPONSE TO |
| v. | ) | REQUEST FOR INFORMATION |
| | ) | |
| XRZ, CORPORATION and | ) | |
| DARL EDWARDS, owner, | ) | |
| | ) | |
| Respondent. | ) | |

**REQUEST 1:** Give correct name and address of facility named in the charge.
**RESPONSE 1:** Club San Diego, 3955 4th Avenue, San Diego, CA 92103.

**REQUEST 2:** State the total number of persons who were employed by your organization during the relevant period. Include both full and part-time employees. How many employees are employed by your organization at the present time?
**RESPONSE 2:** 13 during the relevant period; 13 currently.

**REQUEST 3:** Supply an organizational chart, statement, or documents which describe your structure, indicating, if any the relationship between it and superior and subordinate establishments within the organization.
**RESPONSE 3:** Owner, Manager, and Assistant Manager

**REQUEST 4:** Supply a statement or documents which identify the principal product or service of the named facility.
**RESPONSE 4:** Club San Diego is a bathhouse.

**REQUEST 5:** State the legal status of your organization, i.e. corporation, partnership, tax-exempt non-profit, etc. In incorporated, identify the state of incorporation.
**RESPONSE 5:** Club San Diego is a corporation (XRZ, Inc.) and is incorporated in

California.

**REQUEST 6:** State whether your organization has a contract with any agency of the federal government or is a subcontractor on a project which receives federal funding.  Is your organization covered by the provision of executive Order 11246?  If you answer is yes, has your organization been subject of a compliance review by the OFCCP at any time during the past two years?

**RESPONSE 6:** No, Club San Diego is not under contract with any agency of the federal government or is a subcontractor on a project which receives federal funding.  Club San Diego is not covered by the provision of executive Order 11246?

**REQUEST 7:** Submit a written statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate.  Also include any additional information and explanation you deem relevant to the charge.

**RESPONSE 7:** See attached document entitled Responses to Accusations.

**REQUEST 8:** Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge.  If such does not exist in written form, explain the rules policies and procedures.

**RESPONSE 8:** No written policy exists other than informal memorandum and directives.

Date: _____6/13/05_____                    _____

                                           Michael L. Crowley
                                           Attorney for Dari Edwards and
                                           XRZ Corporation

Michael L. Crowley (117008)
Attorney at Law
110 West "C" Street, Suite 2100
San Diego, CA 92101
(619) 444-8808

Attorney for XRZ Corporation and
        Darl Edwards

# U.S. EQUAL EMPLOYMENT
# OPPORTUNITY COMMISSION

| | |
|---|---|
| DARNELL M. CAMPBELL     ) | EEOC Charge No.: 345-2005-00674 |
|         ) | |
|     Charging Party,   ) | |
|         ) | RESPONSE TO |
| v.        ) | ISSUE: BENEFITS & SUSPENSION |
|         ) | |
| XRZ, CORPORATION and ) | |
| DARL EDWARDS, owner,  ) | |
|         ) | |
|     Respondent.    ) | |

## ISSUE: BENEFITS

**REQUEST 1:** Indicate if employees are covered by hospitalization and/or health and welfare plan. If so, append a copy of the plan. Indicated whether coverage is at the employees' option, if not, what criteria is used to determine coverage.
**RESPONSE 1:** Club San Diego uses Kaiser Permanante as their health provider. Kaiser Permanante has a yearly enrollment contract with us for employees hired during the year. Since Mr. Campbell was hired in August 2004, he wasn't able to be added until April 2005 since April is the open enrollment month.

**REQUEST 2:** Describe your policy on providing hospitalization and medical benefits, note any limitations and exclusions.
**RESPONSE 2:** See Response 1.

**REQUEST 3:** Indicate if the Charging Party was covered by a hospitalization and/or medical and health plan during the relevant period. If so, forward a copy of the plan. If the plan has been modified or amended since the relevant period, forward copies of the amendments and indicate when each became or will become effective.
**RESPONSE 3:** See Response 1

**REQUEST 4:** Indicate whether the hospitalization and/or medical and health plan exclude any pre-existing conditions from coverage. If it does, state what these conditions are.

**RESPONSE 4:** Kaiser Permanante does not exclude any pre-existing conditions from coverage.

### ISSUE: SUSPENSION

**REQUEST 1:** Describe your policy regarding suspension. Provide copies if available.
**RESPONSE 1:** Employees are warned three times about certain offenses, on the fourth offense they are suspended for one day, on the fifth offense they are suspended for two days, and on the sixth offense they are suspended for three days. Subsequent offenses lead to termination.

**REQUEST 2:** Provide a list of employees suspended between January 1, 2003 through January 31, 2005. List: name of employee, position or title, race, date of suspension and duration of suspension and reason, and provide a copy of any suspension paperwork.
**RESPONSE 2:** See attached suspension notices.

Date: __6/13/05__

_____
Michael L. Crowley
Attorney for Darl Edwards and
XRZ Corporation

2

HISPANIC
EMPLOYEE

# CLUB SAN DIEGO
## NOTICE OF DISCIPLINARY ACTION

NAME: James Crespin   POSITION: Asst Mngr

DATE OF VIOLATION: 8-28-03   VIOLATION# 2   EMPLOYER: Club San Diego

THIS IS TO CONFIRM IN WRITING, THE DISCIPLINARY ACTION TAKEN AGAINST YOU FOR THE REASONS SHOWN BELOW.

**REASONS FOR DISCIPLINE** (CIRCLE BELOW)

- [ ] INSUBORDINATION
- [ ] EXCESSIVE TARDINESS
- [ ] REPORTING TO WORK LATE
- [ ] LEAVING WORK EARLY WITHOUT PERMISSION
- [ ] FAILURE TO COMPLY WITH COMPANY
- [ ] FAILURE TO FOLLOW INSTRUCTIONS

**ACTION TAKEN**
(CHECK ONE)

- [x] WARNING: 1ST/2ND/3RD WARNINGS
- [ ] SUSPENSION
- [ ] TERMINATION

REMARKS: Your late to work alert & leave without
authorization. We need you on your shift to handle AM
problems that arise. You have been warned several
times.

SUPERVISOR SIGNATURE: _____   EMPLOYEE'S SIGNATURE: _____

DATE ISSUED: 9-5-03   DATE RECEIVED: _____

James orally & this is your written further disc.
Result. In a 8 day suspension

*WHITE EMPLOYEE*

## EMPLOYEE WARNING REPORT

Employee's Name: *PAUL MACKIN*

Clock No.: _____  Department: _____  Shift: *MID*

Today's Date: *9-28-05*   Violation Date: *9-25-04*

Violation Time: *3 RD SHIFT*  Violation Place: *CUB S.D.*

| VIOLATION: | X | VIOLATION: | X |
|---|---|---|---|
| Alcohol/Drug Use | | Safety Violation | |
| Attendance | | Substandard Work | |
| Attitude | | Tardiness | |
| Carelessness | | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | | | |

Specifically: *YOU WILL LEAVE YOUR TIMECARD UP IN OFFICE. COMPANY STATEMENT CUSTOMERS CAN NOT YOU ARE AGAIN SAT DOWN IN THE SMOKING LOUNGE & NOT ASLEEP ON YOUR SHIFT. YOU HAVE BEEN ORALLY & WRITTEN BEEN WARNED MANY, MANY TIMES. THE NEXT TIME WILL RESULT IN A 3 DAY SUSPENSION & THE NEXT AFTER THAT WILL BE TERMINATION NO BAD IN 4 DAYS*

By: *ROB E M* Title: *MNGR* Date: *9-25-05*

### EMPLOYEE STATEMENT

I agree with the company statement ☑
I do not agree with the company statement ☐
Specifically:

_____
_____
_____
_____
_____
_____

Employee Signature: _____  Date: *9-28-04*

STATEMENT MAY BE CONTINUED ON ADDITIONAL PAGES    LITHO IN U.S.A.

FORM 2820

ORIGINAL—FILE COPY



*BLACK EMPLOYEE*



**TOPS CARBONLESS FORM 3839**     **EMPLOYEE WARNING REPORT DUPLICATE**

## EMPLOYEE WARNING REPORT

| Employee's Name: | ANTHONY BROOKS | |
|---|---|---|
| Clock No.: | Department: ATTENDANT | Shift: 4-12 |
| Today's Date: 3/7/05 | Violation Date: 3/7/05 | |
| Violation Time: 4:00 PM | Violation Place: CLUB SAN DIEGO | |

| VIOLATION: | X | VIOLATION: | X |
|---|---|---|---|
| Alcohol/Drug Use | | Safety Violation | |
| Attendance | | Substandard Work | |
| Attitude | | Tardiness | X |
| Carelessness | | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | | | |

### COMPANY STATEMENT AND DETAILS

Specifically: YOU WERE 2½ HOURS LATE TO WORK. YOUR SHIFT STARTS AT 4 PM & YOU ARE EXPECTED TO BE ON TIME. YOU HAVE ALREADY BEEN WARNED ORALLY. THIS IS YOUR FIRST WRITE UP. THE NEXT LATE WILL RESULT IN SUSPENSION

By: _Robert Mag__  Title: MANAGER  Date: 3/7/05

### EMPLOYEE STATEMENT

I agree with the company statement ☑
I do not agree with the company statement ☐
Specifically:

Employee Signature: _____  Date: _____

**TOPS FORM 3839**     STATEMENTS MAY BE CONTINUED ON ADDITIONAL PAGES     LITHO IN U.S.A.

ORIGINAL—FILE COPY

04/19/2005  13:13    6192985150    HILLCREST POSTAL    PAGE  10/17

WHITE EMPLOYEE

# EMPLOYEE WARNING REPORT

Employee's Name: ROBERT NADEAU

Clock No.:  Department: ATTEND.  Shift: MID

Today's Date: 9-28-04  Violation Date: 9-26-04

Violation Time: 5:00 AM  Violation Place: CLUB S.D.

| VIOLATION: | X | VIOLATION: | X |
|---|---|---|---|
| Alcohol/Drug Use | | Safety Violation | |
| Attendance | | Substandard Work | |
| Attitude | X | Tardiness | |
| Carelessness | X | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | X | | |
| Fighting | | | |

## COMPANY STATEMENT AND DETAILS

Specifically: ① YOU GAVE KEYS TO A CUSTOMER ASKING
A CUSTOMER TO HELP DO YOUR JOB A
MAJOR SAFETY VIOLATION. ② YOU WENT OUT THE BACK DOOR TO
LEAVE A WORK RULE VIOLATION
YOU KNOW THE HOUSE RULES ON
EVERYTHING YOU HAVE BEEN
COUNCELLED MANY MANY TIMES THE
NEXT VIOLATION WILL RESULT IN
TERMINATION PER BOB M & DART 9-28-04
By: RE NADEAU  MIKE

## EMPLOYEE STATEMENT

I agree with the company statement ☑
I do not agree with the company statement ☐
Specifically:

Employee Signature: Robert M Nadeau  Date: 9/28/04

STATEMENT MAY BE CONTINUED ON ADDITIONAL PAGES  LITHO IN U.S.A.

Tylor FORM 8623

ORIGINAL—FILE COPY

04/19/2005  13:13    6192989150                    HILLCREST POSTAL                    PAGE  11/17

BLACK EMPLOYEE

## EMPLOYEE WARNING REPORT

Employee's Name: ANTHONY HUGHES

Clock No.:          Department: ATTENDANT    Shift: 8/4 PM

Today's Date: 8-05-02  Violation Date: 8-05-02

Violation Time: 08:00 AM  Violation Place: CLUB SAN DIEGO

### COMPANY STATEMENT AND DETAILS
Specifically:
YOUR SHIFT STARTED AT 08:00 AM
ON 6-5-02. YOU DID NOT ARRIVE
AT WORK UNTIL 8:00 PM
THIS IS YOUR 1ST WRITTEN
WARNING, YOU ALREADY RECEIVED
1 ORAL WARNING. THE NEXT
CARELESS OF SUCH KIND WILL
RESULT IN A 3 DAY SUSPENSION
THE NEXT AFTER THAT TERMINATION

By: R.S. Mlg             Title: MNGR    Date: 8-5-02

### EMPLOYEE STATEMENT
I agree with the company statement ☑
I do not agree with the company statement ☐
Specifically:

Employee Signature: Anthony Hughes    Date: 8-5-02

FORM 3639    STATEMENT MAY BE CONTINUED ON ADDITIONAL PAGES    LITHO IN U.S.A.

ORIGINAL—FILE COPY

-13-2005 MON 12:01 PM   LAW OFFICE M. CROWLEY   FAX No. 619 441 2811   P. 013

HILLCREST POSTAL   PAGE 12/17

04/19/2005  13:13   6192981650

WHITE - EMPLOYEE

## CLUB SAN DIEGO
## NOTICE OF DISCIPLINARY ACTION

NAME: ___MARC DION___  POSITION: ___ATTENDANT___

DATE OF VIOLATION: ___6-2-03___   VIOLATION# ___2___   EMPLOYER: ___CLUB SAN DIEGO___

THIS IS TO CONFIRM IN WRITING, THE DISCIPLINARY ACTION TAKEN AGAINST YOU FOR THE REASON(S) SHOWN BELOW:

ACTION TAKEN (CHECK ONE)

REASONS FOR DISCIPLINE

REMARKS: ___YOU WERE 4 HOURS LATE TO WORK ON JUNE 2ND OF___
___YOU HAVE BEEN LATE MULTIPLE TIMES AND WRITTEN UP ON___
___OTHER INFRACTIONS. THE NEXT WRITE-UP WILL BE A 3 DAY SUSPENSION___

SUPERVISOR SIGNATURE _____   EMPLOYEE'S SIGNATURE _____

DATE ISSUED ___6-2-03___   DATE RECEIVED ___6-2-03___

Case 3:05-cv-02173-L-CAB   Document 1   Filed 11/23/05   Page 89 of 109

04/19/2006  13:13   6192989150          HILLCREST POSTAL                    PAGE  13/17

WHITE
EMPLOYEE

## EMPLOYEE WARNING REPORT

Employee's Name: STEVE CARDOZA

Clock No.:            Department: ATTENDANT        Shift:

Today's Date: 2-12-04      Violation Date: 7-12-04

Violation Time: 0800 TO 0400 PM   Violation Place: CLUB SAN DIEGO

| VIOLATION: | X | VIOLATION: | X |
|---|---|---|---|
| Alcohol/Drug Use | | Safety Violation | |
| Attendance | | Substandard Work | |
| Attitude | | Tardiness | |
| Carelessness | | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | | | |

### COMPANY STATEMENT AND DETAILS

Specifically: YOU LEFT ALL THE ROOMS TO
BE CLEANED BY THE FOLLOWING
SHIFT BECAUSE YOU WERE "MAD" AT
THE SECOND SHIFT EMPLOYEE. IT
ALSO LOOKS LIKE NO LAUNDRY
WAS DONE. YOU ARE
HEREBY SUSPENDED FOR 3 WORKING
DAYS THE NEXT INCIDENT WILL B
5 DAYS & THE NEXT WILL BE
TERMINATION

By: R.E. NULZO   Title: MANAGER   Date: 2-1203

### EMPLOYEE STATEMENT

I agree with the company statement ☒
I do not agree with the company statement ☐

Specifically: MY PHONE WAS STOLEN FROM
OFFICE BY AN UNROTAULATE ASSHOLE ROY!
T. AND REAVIL WORK TODAY
+ THEY UP

Employee Signature:                    Date:

STATEMENT MAY BE CONTINUED ON ADDITIONAL PAGES
FORM G858                                    LITHO IN U.S.A.

ORIGINAL—FILE COPY

04/19/2005  13:13    6192989150         HILLCREST POSTAL          PAGE  14/17

WHITE EMPLOYEE

## CLUB SAN DIEGO
## NOTICE OF DISCIPLINARY ACTION

NAME: _STEVE CARDOZZA_   POSITION _ASST MGR_

DATE OF VIOLATION: _8-10-03_   VIOLATION: _N/C_   EMPLOYER: _CLUB SAN DIEGO_

THIS IS TO CONFIRM IN WRITING, THE DISCIPLINARY ACTION TAKEN AGAINST YOU FOR THE REASON(S) SHOWN BELOW.

### REASONS FOR DISCIPLINE

### ACTION TAKEN
(CHECK ONE)

REMARKS: YOU HAVE BEEN LATE TO WORK MANY MANY TIMES. FROM HERE ON OUT YOU WILL LEAVE WORK AFTER YOUR SHIFT IS OVER. AT 4:00 AM SO YOU WONT BE SO TIRED FOR THE NEXT MORNING, A 5:00 AM TO 8:00 AM SHIFT WILL BE _____ FOR YOU.  _____ 8-10-03

SUPERVISOR SIGNATURE _____    EMPLOYEE SIGNATURE _____

DATE ISSUED _8-10-03_    DATE RECEIVED _____

HISPANIC EMPLOYEE

## CLUB SAN DIEGO
## NOTICE OF DISCIPLINARY ACTION

NAME: _Tomas Estrada_  POSITION: _Attendant_

DATE OF VIOLATION: _3/31/04_  VIOLATION # _3_  EMPLOYER: _Club San Diego_

THIS IS TO CONFIRM IN WRITING, THE DISCIPLINARY ACTION TAKEN AGAINST YOU FOR THE REASON(S) SHOWN BELOW:

**REASONS FOR DISCIPLINE**

**ACTION TAKEN**
(CHECK ONE)

☒ WARNING (VERBAL OR WRITTEN)
☐ SUSPENSION (OR DISCHARGE)
☐ TERMINATION

REMARKS: _You were supposed to work on wed 3/31/04 from 9am to 5:00 pm. You neither bothered to call and never showed up. Either the next mistake will be termination_

SUPERVISOR SIGNATURE: _[signature]_   EMPLOYEE'S SIGNATURE: _Tomas Estrada_

DATE ISSUED: _4/1/04_   DATE RECEIVED: _____

WHITE EMPLOYEE

**TOPS CARBONLESS FORM 3839**

**EMPLOYEE WARNING REPORT DUPLICATE**

## EMPLOYEE WARNING REPORT

Employee's Name: BOB NADEAU

Clock No.: _____  Department: _____  Shift: _____

Today's Date: 9-17-02   Violation Date: 3 DAYS LATE LAST PAY PERIOD

Violation Time: 4PM-12 MID   Violation Place: CLUB SAN DIEGO

| VIOLATION: | X | VIOLATION: | X |
|---|---|---|---|
| Alcohol/Drug Use | | Safety Violation | |
| Attendance | X | Substandard Work | |
| Attitude | | Tardiness | |
| Carelessness | X | Work Rule Violation | |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | | | |

### COMPANY STATEMENT AND DETAILS

Specifically: YOU HAVE RECEIVED MULTIPLE WARNINGS, BOTH ORAL & WRITTEN ON BEING LATE TO WORK MORE THAN ONCE A WEEK. THIS PAST WEEK YOU WERE LATE (BY 2 HOURS) TWICE & LEFT EARLY ONCE. THIS CANNOT HAPPEN ANYMORE. ONE MORE SUCH INCIDENT WILL RESULT IN TERMINATION (YOU ALREADY HAD A 3 DAY SUSPENSION)

By: D S Miller   Title: MNGR   Date: 9-17-02

### EMPLOYEE STATEMENT

I agree with the company statement ☑
I do not agree with the company statement ☐
Specifically:

_____

Employee's Signature: _____   Date: _____

STATEMENT MAY BE CONTINUED ON ADDITIONAL PAGES

TOPS FORM 3839   LITHO IN U.S.A.

ORIGINAL—FILE COPY

WHITE
EMPLOYEE 

 **TOPS** CARBONLESS     **EMPLOYEE**
FORM 3839              **WARNING REPORT**
                       DUPLICATE

## EMPLOYEE WARNING REPORT

| Employee's Name: | DONALD   MACKENZIE | |
|---|---|---|
| Clock No.: | Department: | Shift: |
| Today's Date: 8-31-02 | Violation Date: 8-30-02 | |
| Violation Time: 8⁰⁰ AM | Violation Place: CLUB SAN DIEGO | |

| VIOLATION: | X | VIOLATION: | X |
|---|---|---|---|
| Alcohol/Drug Use | | Safety Violation | |
| Attendance | X | Substandard Work | |
| Attitude | | Tardiness | |
| Carelessness | | Work Rule Violation | X |
| Conduct | | Other: | |
| Disobedience | | | |
| Fighting | | | |

### COMPANY STATEMENT AND DETAILS

Specifically:

ON AUG 30th YOU WERE LATE, CALLED
AT HOME, SAID YOU WERE COMING IN
AND THEN NEVER SHOWED UP FOR WORK.
YOU HAVE CONSISTANTLY BEEN LATE
FOR WORK LATELY. YOU ALREADY
RECEIVED ONE ORAL WARNING.
THIS IS YOUR 1st WRITTEN WARNING.
THE NEXT LATE OVER ½ HOUR WILL
RESULT IN A 3 DAY SUSPENSION, FOLLOWED
By: BY TERMINATION ON THE 3RD NEXT LATE Date: 8-30-02
R.E. AVILZT     Title: MANAGER

### EMPLOYEE STATEMENT

I agree with the company statement ☒
I do not agree with the company statement ☐
Specifically:

Employee Signature: Donald MacKenzie     Date: 8/31/02

TOPS FORM 3839    STATEMENT MAY BE CONTINUED ON ADDITIONAL PAGES    LITHO IN U.S.A.

ORIGINAL—FILE COPY

# Confirmation Report — Memory Send

Page          : 001
Date & Time: Jun-13-2005  10:31am
Line 1     : 1-619-557-7274
Line 2     :
Machine ID : ****

| | | |
|---|---|---|
| Job number | : | 609 |
| Date | : | Jun-13 10:30am |
| To | : | ☎944448811 |
| Number of pages | : | 002 |
| Start time | : | Jun-13 10:30am |
| End time | : | Jun-13 10:31am |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 609          *** SEND SUCCESSFUL ***



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-7232
FAX (619) 557-7274

## FACSIMILE TRANSMITTAL

TO:      Michael L. Crowley

FAX NO.   444-8803

DATE:    6/13/05

FROM:    Roger Owen

SUBJ:    *Darnell Campbell*

COMMENTS:

No. of Pages (Including this Sheet): 2

**CONFIDENTIALITY NOTICE:** *The materials enclosed with this facsimile transmission are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the individual(s) and/or entity(ies) named above. IF YOU ARE NOT THE INTENDED RECIPIENT, BE ADVISED THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED BY FEDERAL LAW. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents.*

**IF YOU EXPERIENCE ANY PROBLEMS IN RECEIVING THESE PAGES, PLEASE CALL US AS SOON AS POSSIBLE.**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-7232
FAX (619) 557-7274

June 13, 2005

Mr. Michael L Crowley
110 West 'C' Street, Suite 2100
San Diego, CA 92101

RE: Charge No.: 345-2005-00674
    Charging Party :   Darnell Campbell

Dear Mr. Crowley:

I understand that Mediation was rejected by the Charging Party on May 26, 2005. You now have until June 26, 2005 to submit the Position Statement and the responses to our Request for Information. Please submit it to my attention by or before the above date.

If you have any questions, regarding this request, you may call me at (619) 557-7283.

On Behalf of the Commission:

Roger Owen, Investigator
San Diego Area Office

# *LAW OFFICE OF MICHAEL L. CROWLEY*

110 West "C" Street, Suite 2100, San Diego, California 92101
Facsimile No.:   (619) 444-8811
Telephone No.:   (619) 444-8808

---

## FACSIMILE TRANSMISSION COVER SHEET

DATE: 04/29/05

TO: U.S. Equal Employment Opportunity Commission
     ATTN: Roger Owen, Senior Federal Investigator
     San Diego Area Office

TELEFAX NO: (619) 557-7274

CLIENT/MATTER: Charge No.:         345-2005-00674
               Charging Party:      Darnell M. Campbell
               Respondent:         Darl Edwards, Owner
                                  XRZ, Inc

FROM:  Michael L. Crowley

MESSAGE:

### CONFIDENTIALITY NOTE

The documents accompanying this transmission contain information from the Law Office of Michael L. Crowley which is
confidential and privileged. The information is intended to be for the use of the individual or entity named on this
transmission sheet. If you are not he intended recipient, be aware that any disclosure, copying, distribution or use of the
contents of this information is prohibited. If you have received this telecopy error, please notify us by telephone
immediately so that we can arrange for retrieval of the original documents at no cost to you.

      This is page 1 of _2_ pages.  Please deliver this information to the person
above-named.  If you have any questions regarding this transmission, please call:

                Lisa D. Haigler
                Name of Person Transmitting Document

# MICHAEL L. CROWLEY

ATTORNEY AT LAW

110 WEST "C" STREET, SUITE 2100

SAN DIEGO, CALIFORNIA 92101-3951

Telephone (619) 444-8808    Facsimile (619) 444-8811

April 29, 2005

Roger Owen                           **VIA FACSIMILE ONLY**
Senior Federal Investigator          **(619) 557-7274**
U.S. Equal Employment
   Opportunity Commission
401 "B" Street, Suite 510
San Diego, CA 92101

                   Re:    Charge No.:        345-2005-00674
                          Charging Party:    Darnell M. Campbell
                          Respondent:        Darl Edwards, Owner
                                             XRZ, Inc

Dear Mr. Owen:

My assistant, Lisa D. Haigler, spoke with Mediator Jose Dennis today in which he informed her that Mr. Campbell did not wish to participate in mediation. Mr. Dennis went on to say that we had until May 16th to respond to the original complaints. If this information is incorrect, please call me immediately.

Very truly yours,

Michael L. Crowley

MLC/ldh



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-7232
FAX (619) 557-7274

April 27, 2005

Mr. Darl Edwards
Owner
XRZ Corporation
3955 4th Avenue
San Diego, CA 92103

Charge Number: 345-2005-00674
Charging Party: Darnell Campbell

Dear Mr. Edwards:

My name is Roger Owen. I am the Federal Investigator assigned to investigate the above charge of discrimination. I see that our computer records show that this case failed mediation on April 25, 2005  You now have until May 9, 2005, or before,  to send me your Position Statement and the answers to our Request for Information.  Please direct your response to me by or before the above date.  If you have any questions or problems, please feel free to contact me directly at (619) 557-7283.

On Behalf of the Commission:

Roger Owen, Senior Federal Investigator



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Diego Area Office**

401 B Street, Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-5748
FAX (619) 557-7274

April 12, 2005


Mr. Darl Edwards                          Charge Number: 345-2005-00674
Owner                                     Charging Party: Darnell Campbell
XRZ Corporation
3955 4th Avenue
San Diego, CA 92103


Dear Mr. Edwards:

My name is Roger Owen, Senior Federal Investigator with the Commission. I have been
assigned to investigate the above Charge of Discrimination. When you submit your Position
Statement and the answers to our Request for Information, by or before April 22, 2005, please
direct it to my attention.

If the Respondent would like to entertain a No-Fault Settlement, please indicate so in writing or
fax to me with a proposed settlement amount.

If you have any questions or problems, please feel free to call me direct at (619) 557-7283.

On Behalf of the Commission:


Roger Owen, Senior Federal Investigator



## U.S. Equal Employment Opportunity Commission
## San Diego Area Office

401 B Street
Suite 510
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-5748
FAX (619) 557-7274
1-800-669-4000

Charging Party: Darnell M. Campbell
EEOC Charge No.: 345-2005-00674

Mar 25, 2005

Mr Darl  Edwards
Owner
XRZ CORPORATION
3955 4th Avenue
San Diego, CA 92103

Dear Mr Edwards:

Your organization is hereby requested to submit information and records relevant to the subject charge of discrimination.  The Commission is required by law to investigate charges filed with it, and the enclosed request for information does not necessarily represent the entire body of evidence which we need to obtain from your organization in order that a proper determination as to merits of the charge can be made.  Please submit a response to the requested information by the deadline cited below.

You may be assured that any information or explanation supplied by your organization will not be made public.

Sincerely,

Steven E. Aronberg
Enforcement Supervisor

Response Deadline Date: April 22, 2005

The following dates are considered to be the "relevant period" for the attached Request for Information:
January 1, 2003 - January 31, 2005

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## REQUEST FOR INFORMATION

Charging Party: Darnell M. Campbell
Respondent: XRZ CORPORATION
EEOC Charge No.: 345-2005-00674

1. Give the correct name and address of the facility named in the charge.

2. State the total number of persons who were employed by your organization during the relevant period.  Include both full and part-time employees.  How many employees are employed by your organization at the present time?

3. Supply an organizational chart, statement, or documents which describe your structure, indicating, if any, the relationship between it and superior and subordinate establishments within the organization.

4. Supply a statement or documents which identify the principal product or service of the named facility.

5. State the legal status of your organization, i.e., corporation, partnership, tax-exempt non-profit, etc.  If incorporated, identify the state of incorporation.

6. State whether your organization has a contract with any agency of the federal government or is a subcontractor on a project which receives federal funding.  Is your organization covered by the provisions of Executive Order 11246?  If your answer is yes, has your organization been the subject of a compliance review by the OFCCP at any time during the past two years?

7. Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate.  Also include any additional information and explanation you deem relevant to the charge.

8. Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge.  If such does not exist in written form, explain the rules, policies and procedures.

Issue: BENEFITS

1. Indicate if employees are covered by hospitalization and/or health and welfare plan. If so, append a copy of the plan. Indicate whether coverage is at the employees' option, if not, what criteria is used to determine coverage.

2. Describe your policy on providing hospitalization and medical benefits, note any limitations or exclusions.

3. Indicate if the Charging Party was covered by a hospitalization and/or medical and health plan during the relevant period. If so, forward a copy of the plan. If the plan has been modified or amended since the relevant period, forward copies of the amendments and indicate when each became or will become effective.

4. Indicate whether the hospitalization and/or medical and health plan exclude any pre-existing conditions from coverage. If it does, state what these conditions are.

Issue: SUSPENSION

1. Describe your policy regarding suspension. Provide copies if available.

2. Provide a list of employees suspended between January 1, 2003 through January 31, 2005. List:
   A. Name of employee
   B. Position or title
   C. Race
   D. Date of suspension and duration of suspension and reason.
   E. Provide a copy of any suspension paperwork.

**Telephone interview with** Mr. Michael Klauza
September 1, 2005

I called the telephone number provided by Ms. Shirley Smith from HQ in DC for Michael
Anthony Klauza. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I got a hold of Michal's father, also the same name.  This Mr. Klauza stated that Michael A.
Klauza, date of birth 4/27/63 is his son.  He stated that his son recently moved from San Diego,
CA and he does not have his phone number, address or whereabouts.

**EEOC AFFIDAVIT**

*(This form is affected by the Privacy Act of 1974. See Privacy Act Statement on reverse before completing this form.)*

| NAME | TELEPHONE NUMBER *(Give area code)* |
|---|---|
| Osbaldo Ahumada | HOME: ▓▓▓▓▓▓▓  WORK: |

ADDRESS *(Number, street, city, state, zip)*
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**THE FOLLOWING PERSON CAN ALWAYS CONTACT ME**

NAME AND TELEPHONE NUMBER

ADDRESS *(Number, street, city, state, zip)*

**STATUS OF EMPLOYMENT**

| CHECK ONE: | NAME OF EMPLOYER |
|---|---|
| [X] WORKING   [ ] NOT WORKING   [ ] SOUGHT EMPLOYMENT AT | Club San Diego aka XRZ Corp. |

| TYPE OF BUSINESS | DATES OF EMPLOYMENT   FROM:   TO: |
|---|---|
| | WHEN EMPLOYMENT WAS SOUGHT   FROM:   TO: |

| POSITION TITLE | DEPARTMENT |
|---|---|
| Cashier | |

ADDRESS *(Number, street, city, state, zip)*

My name is Osbaldo Ahumada. My national origin is Mexican.

I have never not showed up for work without calling someone. I usually call another Cashier and let them know that I am not coming to work and the reason why. I always notify someone.

What they usually do is call another Cashier and ask if they can fill in for me.

I have received a verbal reprimand advising me to show up the next time.

I have not been suspended for not showing up.

I knew Mr. Darnell Campbell as a co-worker. I did not see any discrimination towards him based on his race (Black.) He was always serious and quiet.

EEOC Form 133 (10/94)

## EEOC AFFIDAVIT



*I declare under the penalty of perjury that the foregoing is true and correct.*

| DATE | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE | PAGE | OF |
|------|----------------------|----------------------------------|------|-----|
|      |                      |                                  |      |    |

PRIVACY ACT STATEMENT:     (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal data are given below.)

1. FORM NUMBER/TITLE/DATE:  EEOC FORM 133, EEOC AFFIDAVIT, December 1993.

2. AUTHORITY: 42 USC 2000e(9), 29 USC 201, 29 USC 621, 42 U.S.C. 12117.

3. PRINCIPAL PURPOSES.  Provides a standardized format for obtaining sworn statements of information relevant to a charge of discrimination.

4. ROUTINE USES.  These affidavits are used to:  (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Commission litigation, to impeach or substantiate a witness's testimony.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION:  Voluntary.  Failure to provide an affidavit has no effect upon the jurisdiction of the Commission to process a charge.  However, sworn statements submitted by the parties, are, of course, relied upon more heavily than unsworn statements in making a determination as to the existence of unlawful discrimination.

REVERSE OF EEOC FORM 133 (10/94)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 345-2005-00674 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Darnell M. Campbell | (619) 293-7078 | 03-29-1980 |

Street Address: **3754 5th Avenue, Apt. 106 San Diego, CA 92103**   City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| XRZ CORPORATION | 15 - 100 | (619) 295-0850 |

Street Address: **3955 4th Avenue,  San Diego, CA 92103**   City, State and ZIP Code

| Name | — | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|---|

Street Address   City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-16-2004**   Latest **01-03-2005**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I began working for the XRZ Corporation on or about August 2, 2004 as an Attendant.  From the date of hire, I was never informed about health insurance.  I found out from my room mate, a couple of days before I quit, that the company offered health insurance to their employees after working there 60 days.

On September 16, 2004, I applied for direct deposit of my pay check through the owner, Mr. Darl Edwards (White).  No action was taken on my request.  I know of a White employee who gets his checks directly deposited.

In November 2004, I found out that one of my pay checks was short 8 hours.  I contacted the Asst. Manager, Mr. James Crestin, about the problem.  No action was taken on my inquiry.

On January 2, 2005, I came in early and informed a co-worker that I was not coming in to work as I was feeling tired and sick.  On January 3, 2005, when I came in to work, my room mate informed me that Mr. Robert Mulzet (White) told him that I was suspended for 3 days for not coming in to work on January 2, 2005.  I know of two Hispanic co-workers who did not even show up for work were not suspended or disciplined.

2. I believe that I have been discriminated against because of my race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Mar 16, 2005**                    _Charging Party Signature_<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC FORM 131 (5/01)  **U. S. E**~~r~~**l Employment Opportunity C**~~c~~**mission**

| | PERSON FILING CHARGE |
|---|---|
| Mr Darl Edwards<br>Owner<br>**XRZ CORPORATION**<br>3955 4th Avenue<br>San Diego, CA 92103 | **Darnell M. Campbell** |
| | THIS PERSON *(check one or both)*<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**345-2005-00674** |

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act                    ☐ The Americans with Disabilities Act

☐ The Age Discrimination in Employment Act        ☐ The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. ☐ No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by   **22-APR-05**   a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by   **22-APR-05**   to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by   **15-APR-05**
to   **Douglas Herrera, ADR Coordinator, at  (213) 894-1030**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| | |
|---|---|
| **Steven E. Aronberg,**<br>**Enforcement Supervisor**<br>*EEOC Representative*<br>*Telephone:*  **(619) 557-7290** | **San Diego Area Office**<br>**401 B Street**<br>**Suite 510**<br>**San Diego, CA 92101** |

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☐ AGE   ☐ DISABILITY   ☐ RETALIATION   ☐ OTHER

**See enclosed copy of charge of discrimination.**

| Date<br><br>Mar 25, 2005 | Name / Title of Authorized Official<br><br>**Bettie Isiaka,**<br>**Acting Director** | Signature<br><br>*Bettie Isiaka* |
|---|---|---|

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: **California Department of Fair Employment & Housing**
**1350 Front Street, Suite 3005**
**San Diego, CA 92101**

Date                   **Mar 25, 2005**

EEOC Charge No.
               **345-2005-00674**

FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Darnell M. Campbell** | v. | **XRZ CORPORATION** |
|---|---|---|
| Charging Party | | Respondent |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC   ☐ _____ on _____
                    Name of FEPA                    Date of Receipt

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested          ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge*
*and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Bettie Isiaka** | |

| **Darnell M. Campbell** | v. | **XRZ CORPORATION** |
|---|---|---|
| Charging Party | | Respondent |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge
for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| | |

TO: **San Diego Area Office**
**401 B Street**
**Suite 510**
**San Diego, CA 92101**

Date                   **Mar 25, 2005**

EEOC Charge No.
               **345-2005-00674**

FEPA Charge No.

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Darnell M. Campbell

**DEFENDANTS**

Darl E. Edwards

XRZ Corp.

'05 CV 2173 L   JMA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

San Diego

FILED

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

Macheal Crowley

2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   DEPUTY

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☑ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28:1983

Violation of Title VII of the Civil Rights of 1964, as amended

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☑ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☑ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   **DEMAND $**   Check YES only if demanded in complaint:   **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)