1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL M. CAMPBELL | ) | Civil No. 05-CV-2173-L(CAB) |
| Plaintiff, | ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR EXEMPTION OF FEES** |
| v. | ) ) | |
| XRZ CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

     Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a motion requesting an exemption from paying fees for online access to the PACER Service Center due to his indigent status. Although Plaintiff is proceeding *in forma pauperis*, this status does not entitle him to the exemption from litigation costs. The applicable statute, 28 U.S.C. §1915, only authorizes the court upon a showing of indigency to permit commencement of suit without payment of fees and costs. It does not waive the payment of other costs associated with the case. *See Hadsell v. Comm'r Internal Revenue Serv.*, 107 F.3d 750, 752 (9th Cir. 1997); *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993); *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (per curiam). Because "the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress," the court has no authority to grant Plaintiff's motion. *United States v.*

*MacCollom,* 426 U.S. 317, 321 (1976).  Accordingly, Plaintiff's motion for exemption from PACER Service Center fees is **DENIED**.

    **IT IS SO ORDERED.**

DATED:  May 18, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL