UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL M. CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>XRZ CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Civil No. 05-CV-2173-L(CAB)<br><br>**ORDER AFTER PRETRIAL CONFERENCE** |

On May 21, 2007 this matter came on for a pretrial conference. Darnell M. Campbell appeared *in pro per*, and Michael Crowley, Esq. appeared on behalf of Defendants. After consulting with Plaintiff and Defendants' counsel, and for good cause appearing, **IT IS HEREBY ORDERED:**

　　1. A bench trial is scheduled to begin on **Tuesday, August 21, 2007**, at **9:00 a.m.**

　　2. The parties shall file and serve their motions *in limine* on or before **July 16, 2007**, together with an affidavit certifying the parties have met and conferred in a sincere attempt to resolve any issue presented in their motions *in limine*.

　　3. The parties shall file and serve their oppositions to the motions *in limine* on or before **July 23, 2007**.

　　4. The parties shall file and serve their replies to the motions *in limine*, if any, on or before **July 30, 2007**.

5. A hearing on the parties' motions *in limine* shall be held on **August 13, 2007** at **10:30 a.m.**

6. On or before **July 30, 2007**, the parties shall file and serve their respective trial briefs. The trial briefs shall address all issues the parties expect the court to rule on and any disputed issues they anticipate will be raised by the evidence, including foreseeable procedural and evidentiary issues. The briefs shall set forth briefly the party's position, and the supporting arguments and authorities. They shall not exceed 25 pages in length.

7. On or before **August 3, 2006**, the parties shall file and serve their respective responses to the trial briefs, if any. The responses shall not exceed 10 pages in length.

8. On or before **August 16, 2007**, the parties shall file and serve their final list of witnesses and exhibits. The parties shall submit an extra copy of the witness and exhibit lists for the court reporter, and can fax the lists to her at (619) 702-5047.

9. The parties are further advised that failure to cooperate in the preparation for trial or any failure to comply with court orders or the Civil Local Rules may lead to sanctions pursuant to Civil Local Rule 83.1.

**IT IS SO ORDERED.**

DATED: May 22, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL