UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL M. CAMPBELL | ) | Civil No. 05-CV-2173-L(CAB) |
| Plaintiff, | ) ) | **ORDER REGARDING EX PARTE COMMUNICATIONS WITH THE COURT** |
| v. | ) ) | |
| XRZ CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) | |

On June 3, 2007, Plaintiff, appearing *pro se* and *in forma pauperis*, sent an e-mail to the court's official e-mail address. The purpose of the e-mail apparently was to challenge the denial by the Clerk of Court of Plaintiff's request for CJA funds. This communication is inappropriate for a number of reasons. First, it is an inappropriate ex parte communication with the judge. *See* Civ. Loc. Rule 83.9. Second, it is in the nature of a request for relief, and fails to comply with the applicable local rules and Federal Rules of Civil Procedure. *See id.* Rule 7.1. Last, it is an improper use of the court's official e-mail box. *See* Electronic Case Filing Administrative Policies and Procedures Manual § 2(h). The box is used for proposed orders in pending motions, and even then only when requested by the court. *Id*. "**These e-mail addresses are not to be utilized to communicate with the Court unless otherwise permitted or when communications are solicited by the Court.**" *Id*. (emphasis in original). Accordingly, Plaintiff has violated court rules in a number of respects.

Although Plaintiff is proceeding *pro se*, he is bound by the local rules of this court and by Federal Rules of Civil Procedure. Civ. Loc. Rule 83.11(a). Failure to comply therewith or with any order of the court may lead to sanctions, including dismissal. *Id*. Rule 83.1; 83.11(a). Any further violation may result in sanctions.

**IT IS SO ORDERED.**

DATED: June 4, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL