UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL M. CAMPBELL ) | Civil No. 05-CV-2173-L(CAB) |
| Plaintiff, ) | **ORDER RE: ORAL ARGUMENT** |
| v. ) | |
| XRZ CORPORATION, *et al.*, ) | |
| Defendants. ) | |

Currently scheduled on this court's calendar for August 13, 2007 is Plaintiff's motion *in limine*. The court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on August 13, 2007 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: August 6, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

05cv2173