1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11  DARNELL M. CAMPBELL          )   Civil No. 05-CV-2173-L(CAB)
                                 )
12              Plaintiff,       )   **ORDER GRANTING PLAINTIFF'S**
                                 )   **MOTION IN LIMINE**
13  v.                           )
                                 )
14  XRZ CORPORATION, *et al.*,   )
                                 )
15              Defendants.      )
                                 )
16  _____  )

17      In this employment discrimination action, Plaintiff Darnell M. Campbell filed a motion *in

18  limine* to exclude Defendants' exhibit showing Plaintiff's personal loans from Defendant Darl E.

19  Edwards, the owner of XRZ Corporation.  Plaintiff argues that Defendants' Exhibit F, which

20  shows his personal loans, is irrelevant and therefore inadmissible pursuant to Federal Rules of

21  Evidence 401 and 402.  Defendants argue the exhibit is relevant to show that, at least with

22  respect to personal loans, Plaintiff was not treated any differently than other employees.  This

23  action is based on allegations that Plaintiff was denied direct deposit of his paychecks, was not

24  offered health insurance benefits and was suspended for three days because of his race.

25  Although the Pretrial Order lists a factual issue whether Defendants created a non-informative,

26  hostile and intimidating work environment based on race discrimination, Plaintiff's personal

27  / / / / /

28  / / / / /

1  loans are beyond the scope contemplated by the Pretrial Order and therefore beyond the scope of

2  trial.  Accordingly, Plaintiff's motion *in limine* to Exclude Defendants' Exhibit F is **GRANTED**.

3      **IT IS SO ORDERED.**

4

5  DATED:  August 6, 2007

6

7                                                    M. James Lorenz
                                                     United States District Court Judge
8  COPY TO:

9  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE

10 ALL PARTIES/COUNSEL

05cv2173