# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Darnell M. Campbell

                **V.**                          **JUDGMENT IN A CIVIL CASE**

XRZ Corporation, Darl E. Edward

                                                **CASE NUMBER:**    05-CV-2173-L (CAB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Court issues a verdict in favor of Defendants.

| August 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
M. Jenkins, Deputy Clerk
ENTERED ON August 22, 2007

05-CV-2173-L (CAB)