UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT -2 PM 3: 40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| DARNELL M. CAMPBELL,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>XRZ CORPORATION; et al.,<br><br>    Defendants - Appellees. | No. 07-56339<br>D.C. No. CV-05-02173-L<br><br><br>ORDER |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [X]

Explanation: Plaintiff failed to present any evidence at trial. He neither presented his case-in-chief nor rebutted defendants' evidence

/s/ James Lorenz
Judge
United States District Court

Date: 10/1/07