UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL M. CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> XRZ CORPORATION, *et al.*, <br><br> Defendants. | Civil No. 05-CV-2173-L(CAB) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL AND OBTAIN WAIVER OF COURT REPORTER FEES** |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a motion requesting to proceed *in forma pauperis* on appeal and a waiver of court reporter's fees to prepare the record on appeal. The motion is **DENIED** because the court certified by order filed October 2, 2007 that the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. Proc. 24(a)(3)(A). For the same reason, Plaintiff's request for a waiver of court reporter fees is also **DENIED**. *See* 28 U.S.C. § 753(f).

**IT IS SO ORDERED.**

DATED: October 9, 2007

M. James Lorenz
United States District Court Judge

05cv2173

1
2  COPY TO:
3  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
4  ALL PARTIES/COUNSEL
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28